UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
V. )
)
(1) CARMELO RODRIGUEZ, )   Cr. No. 04-10048 NG
    A/K/A "KING CARMELO," )
    A/K/A "KING BND," )
(2) RICARDO ROSARIO, )
    A/K/A "KING BND," )
(3) GIECLIFF RODRIGUEZ, )
    A/K/A "KING BEAR," )
(4) JONATHAN DELEON, )
    A/K/A "KING DANGER," )
    A/K/A "KING JONATHAN" )
)

## GOVERNMENT'S SUBMISSION OF DETENTION AFFIDAVIT

The United States hereby files the attached affidavit of FBI Special Agent Mark Karangekis in connection with its motion that the defendants in this case be detained pending trial.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: JOHN A. WORTMANN, JR.
    PETER K. LEVITT
    Assistant U.S. Attorneys

February 24, 2004