AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

V.

Carmello Maldonado Rodriguez
AKA King Carmello

## WARRANT FOR ARREST

CASE NUMBER: 04CR 10048 NG

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Carmello Maldonado Rodriguez, AKA King Carmello
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

conspiracy to distribute cocaine base, distribution of cocaine base and aiding and abetting

in violation of Title 21 & 18 United States Code, Section(s) 846, 841 & 2

Mary L. Cummings
Name of Issuing Officer

Mary L. Cummings
Signature of Issuing Officer

Courtroom Supervisor
Title of Issuing Officer

Boston, MA 2/19/04
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 2/25/04 | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

# THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Carmello Maldonado Rodriguez

ALIAS: AKA King Carmello

LAST KNOWN RESIDENCE: 750 Merrimac Street, Lawrence, Massachusetts

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH (4 digit year): 00-00-1983

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 3141

HEIGHT:                                           WEIGHT:

SEX: Male                                         RACE: Hispanic

HAIR:                                             EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: Federal Bureau of Investigations