UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>v.                             )    Criminal No.  04-10048-NG<br>)<br>)<br>**GIECLIFF RODRIGUEZ ET AL**    ) | |

**JOINT STATUS REPORT**

Pursuant to Local Rule 116.5(A), the parties are hereby jointly filing the following status report prepared in connection with the initial status conference scheduled for April 8, 2004.

1. <u>Local Rule 116.3 Timing Requirements</u>

The parties are not presently requesting relief from the timing requirements of Local Rule 116.3.

2. <u>Expert Discovery</u>

The government anticipates that, unless there is a stipulation regarding the drugs involved in this case, it will offer expert testimony regarding the drugs at issue. One or more of the defendants expect to be requesting back up from the laboratory, and are reserving the right to seek such discovery (and to call their own experts) pending disclosure of trial witnesses by the government.

3. <u>Additional Discovery</u>

The government does not anticipate providing additional discovery other than additional certifications as they are received from the laboratory and expert disclosures as may be

requested as specified in paragraph 1, above. If additional discoverable reports relevant to this investigation are received, however, they will be produced.

4. Motion Date

The parties are jointly requesting that May 31, 2004 be set as the date for discovery motions to be filed and are requesting that the time between the April 1, 2004 and the date of the Final Status Conference be excluded from all Speedy Trial Act calculations.

5. Speedy Trial Act Calculations

The parties have conferred on the periods excludable from all Speedy Trial Act calculations and agree that the following periods are excludable:

| | |
|---|---|
| 2/24/04-3/19/04 | Government's motion for detention |
| 3/4/04-4/1/04 | Order for exclusion entered 3/4/04 |
| 4/1/04-<br>Final Status | Excluded at the request of all parties in the interest of justice as set forth above. |

As of the Final Status Conference, 0 days will have been counted and 70 days will remain under the Speedy Trial Act.

6. Anticipated Trial

The parties believe that it is too early to determine whether a trial in this matter will be required.

7. Final Status Conference

The parties request that a Final Status Conference be scheduled for June 7, 2004 or as soon thereafter as is convenient

for the court.

                Respectfully submitted,

                MICHAEL J. SULLIVAN
                UNITED STATES ATTORNEY

By:     _____
                JOHN A. WORTMANN, JR.
                PETER B. LEVITT
                Assistant U.S. Attorneys
                One Courthouse Way
                Boston, MA
                (617) 748-3207

_____
LOIS LEWIS
4 Fuller Terrace
West Newton, MA 02465
617-969-4854
Attorney of Ricardo Rosario

_____
BARRY POLLACK
One Beacon Street 33rd Floor
Boston, MA 02108
617-720-2880
Attorneys for Carmelo Rodriguez

_____
PAUL J. GARRITY
14 Londonderry Rd
Londonderry, NH 03053
603-434-4106
Attorney for Jonathan Deleon

_____
ROBERT M. GRIFFIN
30 Eastbrook Road
Dedham, MA
781-320-0099
Attorney for Giecliff Rodriguez