UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---------------------------------------------------------x

UNITED STATES OF AMERICA

vs.                                                   Crim. No. 04-10048-NG

CARMELO RODRIGUEZ,

Defendant.

---------------------------------------------------------x

**NOTICE OF APPEARANCE**

TO THE CLERK:

Please enter the appearance of Michael L. D'Amore, as co-counsel for Defendant Carmelo Rodriguez in the above-referenced case.

Dated: April 8, 2004

Respectfully Submitted,

By: _____
Michael L. D'Amore (BBO #556614)
Law Office of Michael L. D'Amore
P.O. Box 290535
Boston, MA 02129
617) 951-0007
Co-Counsel for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand

Date: 4/8/04