UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10048-NG

UNITED STATES OF AMERICA

v.

CARMELO RODRIGUEZ

ORDER

June 2, 2004

COHEN, M.J.

    Pursuant to Rules 7.1(d) and (e) of the Local Rules of this Court [effective September 1, 1990], and upon review of the relevant pleadings, defendantís Emergency Motion to Compel the Immediate Production of *Brady* and *Giglio* Material Related to the Government's Version of the Offense for Sentencing or, in the alternative, an Order Precluding the Government's Reliance on Certain Incomplete Information in the Presentence Report as to Carmelo Rodriguez (# 44) is denied.  The government shall disclose the requested information seven (7) days before the actual date of sentencing of Carmelo Rodriguez.

    In connection with a detention hearing in this case, and related cases, this court

has already determined that the disclosure of the cooperating witnessí identity would place that cooperating witness in clear and present danger.  Indeed, that was, in part, the reason this court order detention pending trial.  That clear and present danger remains notwithstanding the offer of a plea of guilty by Carmelo Rodriguez.  That is particularly so where, as here, co-defendants are awaiting trial.

For there reasons, Emergency Motion to Compel the Immediate Production of *Brady* and *Giglio* Material Related to the Government's Version of the Offense for Sentencing or, in the alternative, an Order Precluding the Government's Reliance on Certain Incomplete Information in the Presentence Report as to Carmelo Rodriguez (# 44) is accordingly denied.

_____
UNITED STATES MAGISTRATE JUDGE