UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

------------------------------------------------x
:
UNITED STATES OF AMERICA        :
:
vs.                             :   Crim. No. 04-10048-NG
:
CARMELO RODRIGUEZ,              :
:
Defendant.                  :
:
------------------------------------------------x

### AGREED-TO MOTION BY DEFENDANT CARMELO RODRIGUEZ FOR AN ORDER AUTHORIZING HIS RETAINED CHEMIST TO REWEIGH CERTAIN SUBSTANCES SUBJECT TO FBI SUPERVISION

Now comes the defendant, Carmelo Rodriguez, through counsel, for an Order authorizing his retained chemist, Dr. Harvey Cohen, to participate in further contraband testing subject to FBI supervision. The weight and composition of seized contraband appears highly relevant to sentencing issues. On April 15, 2004, this Court granted Rodriguez's motion for an Order authorizing CJA funds to retain Dr. Harvey Cohen, a chemist who has served as an expert in prior federal and state criminal cases. Rodriguez submits the present motion at the request of the government to obtain an Order authorizing the participation of Dr. Cohen in reweighing contraband subject to FBI supervision as set forth in the accompanying proposed Order. The government has agreed to the terms of the proposed Order attached hereto as Exhibit A.

Dated: June 3, 2004

Respectfully Submitted,

By: _____
Barry S. Pollack (BBO # 640625)
DONNELLY, CONROY & GELHAAR, LLC
One Beacon Street 33rd Floor
Boston, MA 02108
(617) 720-2880
Attorneys for Defendant Carmelo Rodriguez