UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

------------------------------------------------------x
:
UNITED STATES OF AMERICA               :
:
vs.                                    :    Crim. No. 04-10048-NG
:
CARMELO RODRIGUEZ,                     :
:
Defendant.                      :
------------------------------------------------------x

ORDER REGARDING RE-WEIGHING OF CERTAIN DRUG EXHIBITS

After consideration of Defendant Carmelo Rodriguez's agreed-to motion to authorize his retained chemist to re-weigh drug exhibits on which the government intends to rely in connection with sentencing, namely Exhibits 28, 33, 34, 35-38, 40, 41, 43, 46, 50, 51, 54, and 59, it is ordered that:

1. The Federal Bureau of Investigation ("FBI") shall permit Dr. Harvey Cohen to re-weigh drug exhibits 28, 33, 34, 35-38, 40, 41, 43, 46, 50, 51, 54, and 59 at a mutually agreeable time. The reweighing shall take place at the FBI's offices in Boston and the FBI shall attempt to facilitate Dr. Cohen's vacation plans and make the exhibits available at the earliest reasonable time.

2. In re-weighing these exhibits, Dr. Cohen shall comply with the directives of the FBI regarding the handling and care of the exhibits and their contents and shall demonstrate the accuracy of his equipment to the FBI prior to weighing any exhibit. An agent shall be present during the re-weighing and Dr. Cohen shall weigh one sample at a time. The FBI shall not be required to permit anyone other than Dr. Cohen to be present during the re-weighing.

3. Counsel for Carmelo Rodriguez shall provide notice of the re-weighing to all other defense counsel.

SO ORDERED this ___9___ day of June, 2004

_____
U.S.D.J.