UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---------------------------------------------------x
                                                   :
UNITED STATES OF AMERICA                           :
                                                   :
             vs.                                   :    Crim. No. 04-10048-NG
                                                   :
CARMELO RODRIGUEZ,                                 :
                                                   :
             Defendant.                            :
---------------------------------------------------x

**DEFENDANT CARMELO RODRIGUEZ'S MOTION FOR DOWNWARD DEPARTURE**

Defendant Carmelo Rodriguez ("Rodriguez") respectfully submits this motion for a downward departure from the applicable guideline range on the following three grounds and the combination of them:

1) the significant overstatement of Rodriguez's criminal history category, which should be computed as II, rather than III;

2) under § 5K2.13, the substantial contribution to the offense of a significantly diminished mental capacity; and

3) under § 5K3.1, Rodriguez's extraordinary efforts to achieve an early disposition of this matter.

In support of this motion, Rodriguez relies on his Sentencing Memorandum and the accompanying Report of Dr. Paul Spiers.

Based on the foregoing, Rodriguez respectfully requests a downward departure from the otherwise applicable guideline range at sentencing.

Respectfully Submitted,

By: _____
Barry S. Pollack (BBO # 640625)
DONNELLY, CONROY & GELHAAR, LLC
One Beacon Street  33rd Floor
Boston, MA 02108
(617) 720-2880

Attorneys for Defendant Carmelo Rodriguez

Dated:  June 30, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand

Date: 6/30/04  _____