UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.            ) | Criminal No. 04-10048-NG |
| ) | |
| ) | |
| CARMELO RODRIGUEZ        ) | |

**GOVERNMENT'S REQUEST FOR A ONE-WEEK CONTINUANCE**
**AND FOR A STATUS CONFERENCE**

The government is in receipt of the Notice setting down the Sentencing Hearing in this matter for October 6, 2004. The government is requesting that the hearing be moved to the week of October 13 and that the Court schedule a status conference as soon as possible so that the Court and the parties can discuss the procedures in view of the Court's <u>Blakely</u> decision.

The government is requesting a one-week continuance because the undersigned learned last Thursday that he will be beginning trial in <u>United States v. Chiarry</u>, Cr. No 03-10211-JLT last Thursday.  This is a case that was being handled by another AUSA who has a scheduling conflict. Because the undersigned is unfamiliar with the file, substantial time will have to spent to learn the case prior to September 27.

The government is also requesting that the Court schedule a brief status conference at the Court's earliest convenience to discuss the procedures at the Sentencing Hearing. Because this is the first post-<u>Blakely</u> sentencing hearing since this Court's Memorandum and Order regarding <u>Blakely</u>, the government believes that a status conference to discuss the hearing and the Court's expectations regarding the procedures to be followed would be beneficial to all parties.

>                       Respectfully submitted,
>
>                       MICHAEL J. SULLIVAN
>                       United States Attorney
>
>                    By: /s John A. Wortmann, Jr.
>                       JOHN A. WORTMANN, JR.
>                       Assistant U.S. Attorney
>                       617-748-3207

Dated: September 14, 2004

Case 1:04-cr-10048-NG    Document 102    Filed 09/14/2004    Page 3 of 3