UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---------------------------------------------------------x
:
UNITED STATES OF AMERICA           :
:     Crim. No. 04-10048-NG
vs.                                :
:
CARMELO RODRIGUEZ,                 :
:
Defendant.                         :
---------------------------------------------------------x

### DEFENDANT CARMELO RODRIGUEZ'S REQUEST FOR EVIDENTIARY HEARING AT HIS SENTENCING

Defendant Carmelo Rodriguez respectfully requests an evidentiary hearing at his sentencing, presently scheduled for October 21, 2004, at 9:30 a.m. The government has confirmed its intention to introduce testimony of Giecliff Rodriguez at the sentencing, and defense counsel intends to cross-examine him at the proceeding. In addition, Carmelo Rodriguez will request that the Court draw an adverse inference against the government should it fail to produce any of its cooperating witnesses, on whom the government relied in the version of the offense that it provided to the United States Probation Office, or a similar adverse inference should the government fail to make the case agent available for examination at the sentencing hearing.

Dated: October 6, 2004

Respectfully Submitted,

By: _____
Barry S. Pollack (BBO # 640625)
DONNELLY, CONROY & GELHAAR, LLC
One Beacon Street 33rd Floor
Boston, MA 02108
(617) 720-2880
Attorneys for Defendant Carmelo Rodriguez

**CERTIFICATE OF SERVICE**
I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand

Date: _____