UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.              ) | CRIMINAL No. 04-10048-NG |
| ) | |
| ) | |
| CARMELO RODRIGUEZ        ) | |

**GOVERNMENT'S RESPONSE TO CARMELO RODRIGUEZ' REQUEST FOR AN EVIDENTIARY HEARING**

The government is in receipt of the defendant's request for an evidentiary hearing. Although the parties had previously informed the Court that an evidentiary hearing would take place, the defendant has nevertheless filed a pleading in which he not only reiterates the request, but also raises issues that have already been resolved and belatedly asserts the need for a witness that is baseless and has been made solely for strategic reasons.

The defendant asks the Court to draw an adverse inference if the government does not make the case agent available. In fact, the government has already advised the defendant *in writing* that the case agent will testify.

The defendant also requests the Court to draw an adverse inference if the government does not produce for him the CW who made the consenually recorded cocaine purchases to which the

defendant has already plead guilty.  More than six months ago, the government declined to disclose the CW's identity due to the defendant's membership in a violent street gang, a demonstrated history of firearm offenses, and specific statements made at arrest by Carmelo Rodriguez that, if he knew the cops were coming for him, he would "merc'd them up."  Merc'd is a term used by gang members to describe an act of violence.  <u>See</u> FBI-302 dated 2/27/04 attached.

   The government has organized its evidence to make it clear that it is <u>not</u> relying on anything CW-1 said other than what is on consensually recorded tapes and what the defendant has already admitted to (i.e, all of the sales of cocaine). Even though the government has advised the defendant of this, he has (without ever questioning the previous declination) suddenly claimed a need for CW-1's attendance supposedly so that CW-1 can interpret Rodriguez' statements.  Because no such interpretation is needed in this case, and because CW-1 has been moved to another jurisdiction for its protection and the protection of its family, there is no basis for the defendant's demand, no basis to require disclosure and no basis for any "inference" other than that this

is a non-issue.

                    Respectfully submitted,

                    MICHAEL J. SULLIVAN
                    United States Attorney

By:_____
    JOHN A. WORTMANN, JR.
    Assistant U.S. Attorney
    One Courthouse Way
    Boston. MA 02210
    (617) 748-3207


_____

# EXHIBIT 1