FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription  02/27/2004

On February 24, 2004, the undersigned agent and Trooper, along with Lieutenant Donald Kennefick, Sergeant Frank Hughes, Trooper Timothy Leeman, and SA Sharon Huber, were assigned to assist the United States Marshal's Service (USMS) in transporting prisoners arrested earlier in the day to their initial appearance in United States District Court.

The undersigned agent, Trooper Montanez, Lieutenant Kennefick, Sergeant Hughes, Trooper Leeman, and SA Huber accompanied CARMELLO RODRIGUEZ, AKA KING CARMELO, RICARDO ROSARIO, AKA KING BND, GIECLIFF RODRIGUEZ, AKA KING BEAR from the USMS lockup in the basement of the Federal courthouse to the holding cell outside of the courtroom of United States Magistrate Judge Lawrence Cohen. RODRIGUEZ, ROSARIO, and G. RODRIGUEZ were placed in the holding cell. The undersigned agent and Trooper were standing near the holding cell, watching the subjects. The subjects were sharing stories of their arrests earlier in the morning, describing how they were arrested.

At a point in their conversation, CARMELLO RODRIGUEZ, while looking at the undersigned agent, but speaking to his fellow prisoners, stated that if he knew the cops were coming he would have "merc'd" (mercenary) them up. Both the undersigned agent and Trooper Montanez overheard this statement, and are familiar with the term "merc'd". The undersigned agent and Trooper Montanez have heard the term utilized by gang members when describing an act of violence. The undersigned agent and Trooper Montanez understood RODRIGUEZ's use of the word in the context of his conversation as a reference to using violence against the police.

Investigation on  9/24/04  at  Boston, MA

Trooper FRANK MONTANEZ
by  SA MARK S. KARANGEKIS/msk

Date dictated  9/27/04

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.