# EXHIBIT 1

**1. HOW OBTAINED (Check)** ☐ Purchase  ☒ Seizure  ☐ Free Sample
☐ Lab. Seizure  ☐ Money Flashed  ☐ Compliance Sample (Non–Criminal)
☐ Internal Body Carry  ☐ Other (Specify)

| 2a. FILE NO. | 2b. PROGRAM CODE | 3. G-DEP ID |
|---|---|---|
| | | |

| 3a. WHERE OBTAINED (City, State/Country) | 4b. DATE OBTAINED | 5. FILE TITLE |
|---|---|---|
| Lowell, MA 2/80 | 2/24/2004 | |

| 6a. REFERRING AGENCY (Name) | 6b. REFERRAL | 7. DATE PREPARED | 8. GROUP NO. |
|---|---|---|---|
| FBI | ☐ Case No. OR ☐ Seizure No. | 3/01/2004 | Squad C-6 |
| | No. | | |

| Exhibit No. | 10. FDIN (8 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | APPROX. GROSS QUANTITY 13. Seized | 14. Submitted | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| 58 | N/A | 3 pills | None | 26.00gms | 26.00gms | |
| 59 | N/A | cocaine | None | 50.00gms | 50.00gms | |
| 60 | N/A | marijuana | None | 27.00gms | 27.00gms | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG ?** ☒ NO (included above)  ☐ YES (if Yes, enter exhibit no. and describe original container fully)

**REMARKS:**

On February 24, 2004, exhibits #58, #59 and #60 were seized during the execution of a search warrant at 740 Merrimack Street in Lowell, MA, the residence of Carmello Rodriguez.

| 17. SUBMITTED BY SPECIAL AGENT (Signature) | 18. APPROVED BY (Signature & Title) |
|---|---|
| SA Sharon A. Huber | SSA Patrick M. Gibbons |

## LABORATORY EVIDENCE RECEIPT REPORT

| 19. NO. PACKAGES | 20. RECEIVED FROM (Signature & Date) | 21. Print or Type NAME and TITLE |
|---|---|---|
| 3 | 62935776 2884 | |

| 22. SEAL | 23. RECEIVED BY (Signature & Date) | 24. Print or Type NAME and TITLE |
|---|---|---|
| ☐ Broken ☐ Unbroken | 3/4/04 | |

58 T 3 A386   59 T 3 T587   60 T 3 T587    **LABORATORY REPORT**    04/02/04    pm

**ANALYSIS SUMMARY AND REMARKS**

Exhibit #58 contains no controlled substance
Gross Wt. = 26.5 g    Net Wt. = 1.9 g (3 capsules)

Exhibit #59 contains cocaine hydrochloride, and procaine (salt form undetermined)
Gross Wt. = 51.4 g    Net Wt. = 0.93 g

Exhibit #60 contains marijuana
Gross Wt. = 26.3 g    Net Wt. = 2.0 g

| Exhibit No. | 27. Lab. No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | CONCENTRATION 29. Strength | 30. Measure | 31. Unit | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| 58 | 163381 | NCSD | | | | | 1.8 g |
| | | | | | | | (2.8 capsules) |
| 59 | 163382 | cocaine hydrochloride | 27 | % | | 0.25 g | 0.69 g |
| 60 | 163283 | marijuana | | | | | 1.8 g |

| ANALYST (Signature) | 35. TITLE | 36. DATE COMPLETED |
|---|---|---|
| FLORENCE WONG | FORENSIC CHEMIST | 03/31/04 |

| APPROVED BY (Signature & Date) | 38. TITLE | 39. LAB. LOCATION |
|---|---|---|
| THOMAS M. BLACKWELL | LABORATORY DIRECTOR | NEW YORK |

A Form -7 (Rpt. 1995)    Previous edition dated 4/90 may be used until stock is exhausted.

1 - Prosecution

# EXHIBIT 2

DATE:                          OCTOBER 10, 2003

TIME:                          6:45 P.M.

PARTICIPANTS:                  RICARDO ROSARIO
                               COOPERATING WITNESS ("CW-1")

INTRODUCTORY COMMENTS BY AGENT

PHONE RINGS

ROSARIO AND CW GREET EACH OTHER.... [LAUGHTER]

CW-1: WHO'S THIS?

ROSARIO:  ME

CW-1:  AH....

ROSARIO: THEY'RE NOT PICKING UP

CW-1: YOU SOUND LIKE AN OLDER LADY

ROSARIO: WHO'S THIS?

CW-1: ME...[LAUGHING], CHILD'S VOICE IN THE BACKGROUND...YOU SOUND LIKE
      AN...[UI]

ROSARIO: THEY AIN'T PICKIN' UP THE PHONE, DOG

CW-1: OH, NO

ROSARIO: I COULD TRY LATER ON

CW-1: LATER ON?

ROSARIO: I'M TRYIN TO GET SOME PING OVER HERE, AT LEAST FUCKIN I DON'T
KNOW AN OUNCE OR SOMETHING

CW-1: UH OH

ROSARIO: YEAH

-1-

CW-1: CALL CARMELO

ROSARIO: I'M TRYIN TO THAT NIGGER, FUCKIN' I DONT THINK HE'S IN TOWN

CW-1: DID YOU SEE BEAR?

ROSARIO: NO, WHY?

CW-1: CAUSE I STILL NEED TO SEE HIM.

ROSARIO: NOBODY KNOWS WHERE THAT NIGGER IS AT

CW-1: NOBODY KNOWS WHERE HE'S AT

ROSARIO: NAH

CW-1:[UI]'S MOM SAID HE WAS WITH MELLO'S SISTER OVER HERE LIVING

ROSARIO: OH, YEAH?

CW-1: YEAH

ROSARIO: I DON'T KNOW WHERE MELLO'S SISTER LIVES

CW-1: I DON'T KNOW EITHER...AND CARMELLO?

ROSARIO: I THINK HE WENT TO NEW YORK..HE'S OUT OF TOWN AND SHIT.. I'M TRYIN TO CALL HIM SO HE CAN GRAB SOMEONE TO BRING ME SOMETHING

CW-1: UMM...HMMM...... CALL ROB

ROSARIO: HUH?

CW-1: CALL ROB

ROSARIO: FUCK ROB, THAT NIGGER AIN'T SHIT. THAT NIGGER GAVE ME A FUCKIN' 3 1/2 FUCKIN YO'HALF OT IT WAS ALL CUT.. THE OTHER HALF WAS [UI] 50 YOU CAN SAY... FUCK THAT NIGGER, MAN

CW-1: DID YOU TRY CALLING CARMELLO?

ROSARIO: YEAH, BUT HIS PHONE, I DON'T KNOW WHAT THE FUCK'S GOIN ON MAN. I'M CALLIN HIS BOY CAUSE HIS BOY GOT HIS PHONE

CW-1: HIS BOY GOT HIS PHONE?

ROSARIO: YEAH, BUT THAT SHIT IS OFF.

CW-1: OH, ITS OFF?

ROSARIO: I'LL FIND IT SOMEWHERE, I DON'T KNOW.

CW-1: GIVE ME HIS FUCKING NUMBER

ROSARIO: HAH?

CW-1: GIVE ME CARMELO'S NUMBER

ROSARIO: FOR WHAT?

CW-1: SO I COULD CALL HIM!

ROSARIO: I CAN'T GIVE IT TO NOBODY.

CW-1: SO TELL HIM TO CALL ME

ROSARIO: ALRIGHT.

CW-1: [UI]

ROSARIO: WHAT?

CW-1: [UI]

ROSARIO: I'M TRYIN TO GET SOME PING

CW-1: TRYIN TO GET SOME PING?

ROSARIO: AHHH

CW-1: WELL TELL CARMELO TO CALL ME TO SEE IF HE KNOWS ABOUT BEAR AND I NEED TO FIND BEAR

ROSARIO: JUDY...

CW-1: AND UMM...WHAT?...WHAT?

ROSARIO: NAH NAH..JOLIE ASKED ME WHO'S THAT

CW-1: OHH...SO WHAT'S UP WITH THE DUDE, HE DON'T PICK UP THE PHONE?

ROSARIO: NO..[UI]...  GOT STRIZZLES TOO, I'M GONNA GO GET STRIZZLES

CW-1: NOW YOU CAN GET STRIZZLES?

ROSARIO: YEAH, WHY, YOU DON'T NEED EM' NO MORE?

CW-1: YEAH, I STILL NEED THE STRIZZLES.

ROSARIO: FUCKING FOUR BILLS FOR FOUR FIFTHS

CW-1: FOUR BILLS FOR WHAT?

ROSARIO: FOR 45'S

CW-1: FOR FOUR-FIVES

ROSARIO: YEAH.

CW-1: UHH.......OHH...

ROSARIO: THEY OUT OF THE BOX

CW-1: THEIR OUT OF THE BOX?

ROSARIO: YEAH.  SO YOU KNW...

CW-1: HOW LONG IS ....THAT GONNA TAKE?

ROSARIO: THE WHAT?

CW-1: HOW LONG IS THAT GONNA TAKE?

ROSARIO: WHAT?

CW-1: TO GET THAT

ROSARIO: THE STRIZZLES?

CW-1: YEAH

ROSARIO: WHEN CARMELO GETS BACK

CW-1: OH, WHEN CARMELO GET'S BACK

ROSARIO: YEAH

CW-1: WELL, THEN LET ME FUCKIN KNOW, NIGGER

ROSARIO: ALRIGHT

CW-1: THE SAME GRINGO THAT WANTS THAT SHIT WANTS THE STRIZZLES

ROSARIO: HMM.NAHHH...I'LL LET YOU KNOIW WHEN HE COME'S BACK

CW-1: WHEN IS HE COMING BACK FAGGOT?

ROSARIO: I DON'T KNOW

CW-1: YOU ARE INTERFERING WITH MY MONEY MAKING HERE

ROSARIO: YOU'RE INTERFERING WITH MINE!

CW-1: FUCK YOU NIGGER I'M TRYING TO MAKE YOU SOME TOO.

ROSARIO: NIGGER, I'M TRYING TO CALL FOR SOMETHING!

CW-1: I TOLD YOU TO FRIGGAN GET THE STRIZZLES AND WE COULD HAVE MADE SOME DOUGHT FROM THAT SHIT ALREADY

ROSARIO: STOP PUTIIN IT IN MY FACE

CW-1: WHO, ME?

ROSARIO: NAH.

CW-1: OH. WHAT ABOUT THIS DUDE THEN, WHEN..

ROSARIO: I DONT KNOW, LET ME KEEP ON CALLING HIM

CW-1: [UI] I'M ON THE CELL PHONE

ROSARIO: ALRIGHT.

CW-1 ALRGHT.

**END OF CALL.**

# EXHIBIT 3

# COPY

Page 1 of 1

**ARREST - CUSTODY REPORT**
**MASSACHUSETTS STATE POLICE FOXBORO**
**Arresting Officer - TPR. IRMA TEVES**

☒ ARREST/BOOKING REPORT
☐ PROTECTIVE CUSTODY REPORT

00-045-5414-0966

| ARREST BOOK # A0000432 | INC. # I0002658 |
| MASTER CARD # M0005613 | OBTN TSA40A0000432 |

G.L. CH. SEC. 266-28

NAME (LAST, FIRST, MIDDLE)
MALDONADO, CARMELO

☐ ALIAS
☐ MAIDEN NAME                          TEL. NO   None

RESIDENCE ADDRESS:
47 SOUTH WHIPPLE ST., #2

CITY, STATE
LOWELL, MA

| SEX ☒ M ☐ F | RACE HIS | AGE 17 | HEIGHT 5 10 | WEIGHT 175 | HAIR BLK | EYES BRO | COMPLEXION MED |

BUILD SLM

PECULIARITIES - SCARS, MARKS, TATTOOS
Tattoo on left arm (compaselle) - "Latin Chair Cross" "ALMA"
Animals on right arm
Tattoo on right arm (compaselle) - "Latin Kings/Death Jewel"

DATE OF BIRTH          PLACE OF BIRTH
05/09/1983            LOWELL

OPER. LIC. # & ST.   MA

SOCIAL SECURITY
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

OTHER DESCRIPTIVE INFO
None.

FATHER'S NAME
CARMELLO

MOTHER'S MAIDEN NAME
CARMON , MALDONADO

OCCUPATION
GANG MEMBER

EMPLOYER/SCHOOL
LATIN KINGS

LOCATION OR ADDRESS
LOWELL

MARITAL STATUS Unknown

SPOUSE'S NAME (MAIDEN)

TEL. NO   None

OFFENSES - REASON FOR CUSTODY
Larceny MV

Rec Stolen Property

DATE & TIME 9/28/2000

LOCATION - WHERE TAKEN INTO CUSTODY
26 RTE 95 - CANTON            (CA)

☐ WARRANT      ☒ ON VIEW
☒ NO WARRANT   ☐ CALL

WARRANT #/COURT
0011CR003047 (1 of 1)
Unknown

WARRANT FORM/FOR
LOWELL DIST II.
SHOPLIFTING 11A.30

VEH. COLOR WHI | YEAR 1997 | MAKE TOYT | STYLE 4D | REG. # 4D8R651 CA | ST. | DISPOSITION |

WANTED BY: PROVIDENCE PD    FOR SHOOTING AT 20

☐ NCIC-SDIS Check Name
☐ NCIC-SDIS Check
VEHICLE ☐ Wanted ☐ Not Wanted

☒ Local Wanted Check

VISIBLE INJURY
☐ YES   ☒ NO

CONDITION WHEN CONDUCTED

☐ DETOX NOTIFIED   ☐ TAKEN HOME
☐ TAKEN TO DETOX   ☐ TAKEN TO HOSP.

HOSPITAL TAKEN TO

FINGERPRINTS 08/13/2000  PHOTOS 08/13/2000

BREATH TEST READINGS: &

MINOR OR PC - Person Notified

ADDRESS

RELATION

TELEPHONE

DATE & TIME

PROBATION OFFICER

RELEASED TO

PERSONAL VALUABLES

PHONE USED
☐ YES ☒ NO

CASH
$   0.00

DEFENDANT'S RIGHTS ADVISED BY:
TPR. MICHAEL T. LYNCH

DATE & TIME
08/13/2000 06:15

TRANSPORTED BY
TPR. MICHAEL T. LYNCH

CELL
2

THE ABOVE LIST IS MY PROPERTY

SEARCHED BY
TPR. IRMA TEVES

I RECEIVED THE ABOVE PROPERTY

Sign:

Sign:

COMPLAINANT
COURT OFFICER

BOOKING OFF. SIGNATURE

RELEASE DATE & TIME

REPORTING OFFICER
TPR. IRMA TEVES

ASST'O OFF.
No officer

MKT. BAIL   BAIL COMMISSIONER

REPORTING OFFICER SIGNATURE

Single Narrative

Narrative(s):

Narr.  1: TRP. MICHAEL T. LYNCH    Division: None    Status: Open    [I0002658]
    Title: MV PURSUIT/RI-MA     Entered: TRP. MICHAEL T. LYNCH    Date: 08/14/00
                               Reviewed: No officer.            Edit: 08/14/00

THIS REPORT MAY OR MAY NOT INCLUDE EVERYTHING KNOWN TO THE POLICE

On 8/13/00 at approx 0220 hrs this officer was advised that Providence PD was in pursuit of a white SUV for Armed Robbery and shots fired at police officers, on Rt 95 NB passing exit 5 in N. Attleboro. Myself and Tpr. Teves joined in the pursuit as it continued on Rt 95 NB passing exit 8. While pursuing the vehicle I observed it to be a white Toyt 4-Runner and clocked its speed at 110-115 mph. During the pursuit I observed the white 4-runner strike another vehicle (white, unknown make) on Rt 95 NB in the Sharon area. The pursuit continued until the vehicle entered the ramp from Rt 95 NB to Rt 128 SB, lost control, and traveled into the wooded area off the left side of the ramp. It came to rest after going down a steep enbankment and into a swamp/muddy area. As officers entered the wooded area the vehicle was observed to be unoccupied. Two of the subjects were quickly captured a short distance from the vehicle and possibly as many as two or more remained at large. A perimeter was then established and K9's enrte. I then took up a position along the perimeter on the south eastern side of the wooded area. Shortly after K9 officers entered the woods, two more subjects were apprehended. After the vehicle was pulled out of the swamp, by Interstate Towing, I was advised that a handgun was found in same and that the vehicle along with the gun had been taken to Providence PD. At approx 0520 hrs myself along with a Providence Officer transported the four suspects to SP Foxboro for booking. The search continued for additional suspects with K9's and MSP Helicopter until we were satisfied that the four subjects in custody were the only ones in the vehicle.

Upon arrival at the barracks all four subjects were advised of rights per Miranda and booked. Tpr Teves arrived at the barracks to assist with booking.

The first subject: Identified himself a Carmelo MALDONADO, 5/9/83, 015643141, 47 Whipple St #2 in Lowell. While being booked he stated that he was a member of the Latin Kings street gang and had several tattoos indicating same. He signed a Prisoner's Right sheet and chose not to make a statement regarding the events leading to his arrest. A comp check revealed an active Default Warrant out of Lowell Dist Ct. for Shoplifting.

The next subject, no positive ID, identified himself as Eli Valentin, 05/10/80, 026606713, 72 Crosby St., Lowell. While being booked he was asked if he was also a member of the Latin Kings, and denied same. He was advised of rights and signed a Prisoner's Rights Sheet. He stated that he was picked up by his friends at about 11pm, but would not say who was driving. They went to a parade in Providence, got stopped by the Police, and "That's when the shit happened." He made no further statement. Comp Check revealed "No Record." Photos and prints were taken. Later in the day when his prints came back from the FBI, it was confirmed that he was concealing his real identity. His real name was: Elias A. VALENTIN, 05/05/80, 026606713. Comp check revealed that there was an active warrant for his arrest out of North Carolina for a Probation Violation. We were also advised by Providence PD Detectives that they identified him as the operator of the white Toyt 4-Runner. (See attached report from Officer John Lough, Providence PD.)

Single Narrative

Narrative   1 (continued)   By: TRP. MICHAEL T. LYNCH       Incident I0002658

The next subject, who had ID in his possession, identified himself as Jose J. ORTIZ-SANCHEZ, 4/18/83, 130669535, (Mass Learner's Permit). He was advised of his rights and signed a Prisoner's Rights Sheet. He stated that he was picked up by his friends at approx 11pm and the four of them went to a Festival in Providence. He further stated that they looked for a place to eat,"Burger King to get some burgers or something" then got stopped by Police. He said that Carlos was driving and took off after being stopped. ORTIZ-SANCHEZ was asked if he was a member of the Latin Kings, and denied same.

The last subject booked, no positive ID, identified himself as Carlos RICARD, 8/17/83, 581955282, 15 Blueberry Lane in Oxford. Since he was only 16 years old, a call was made to his Mother who was advised of the situation and who later came to the barracks. When RICARD's Mother, Carmen Felix arrived at the barracks (1300 hrs) Carlos was advised of his rights by Tpr. Teves and was given a Prisoner's Rights Sheet which he signed. He chose not to make a statement regarding the events that lead to his arrest. He was later transported to Norwood Hosp to be treated for cuts a bruises on his face/ear which resulted from the accident and running through swamp/thorns. He then returned to SP Foxboro and was later transported to a Juvenile facility, Project Coach, in New Bedford.

Later in the AM three different people called and stated that thier vehicle was struck by the white Toyota 4-Runner during the pursuit in Mass. The victims of these three seperate Hit and Run accidents identified themselves as:    1.  Steven Valur, 21 Woodhawk Way, Litchfield, NH
        2.  Vincenzo Palladino, 63 Violet Ave, Dedham, Ma
        3.  Michael Haliotis, 80 Robert Rd. Marblehead, Ma
All three stated that they were struck by the 4-Runner which resulted in damage to thier vehicles.

Later this date. Tpr. Teves spoke to Capt. Ryan of Providence PD and he stated to her that during the pursuit in Massachusetts, the operator of the 4-Runner deliberately ran his his cruiser off the road. He also stated that the operator of the 4-Runner was was intentionally ramming civilian vehicles trying to spin them out during his attempt to elude police.

All four subjects were held without bail per the Bail Commisioner, Vin Igo. The three adult subjects remained in the cells to await transport to Stoughton Court on Monday morning.

Michael T. Lynch #1391
Trooper, Mass State Police
SP Foxboro, H-3

WITNESS STATEMENT

5 2
524-4651
524-6609
969-

CCR# 00-114534

Time 06:30

Date  8-13-00

Place 209 Fountain Street

I, **John Lough**, voluntarily, without threats or promises, make the following statements:

**Q: What is your name?**
A: John Lough

**Q: What is your date of birth?**
A: 1-15-72

**Q: What is your present address?**
A: 209 Fountain Street

**Q: What is your occupation?**
A: Police Officer

**Q: What is your present phone number ?**
A: 272-3121

On Sunday 8-13-00 at approximately 01:56 hours I monitored a broadcast for a white sport utility vehicle with out of state plates which was wanted for an armed robbery that had occured on Hartford Ave.

On Sunday 8-13-00 at approximately 02:06 hours I responded to Meni Court to back up car 319 Patrolman Sean Carroll on a car stop of a white sport utility vehicle. with out of state plates. Upon my arrival I observed Ptlm. Carroll attempting to stop the vehicle, by ordering the driver. ( who was a light skinned male)to stop and shutt the engine off. After repeated attempts the driver was still not complying. At this time, I observed the sport utility vehicle accelerate forward striking coming into contact with Ptlm. Carroll. Ptlm. Carroll struck the drivers window with his flashlight again ordering the driver to stop. The sport utility vehicle accelerated at a high rate of speed striking Ptlm. Carroll knocking him to the ground. As I approached Ptlm. Carroll, the sport utility vehicle accelerated at the mounted units. It was at this time that I heard 4-5 gunshots, I took cover along with Ptlm. Carroll behind a mini-van. As I left cover I observed the sport utility vehicle accelerating rapidly in reverse, I chased on foot but the vehicle escaped between a fence and a house, (which the vehicle struck). I then ran back to my cruiser and proceeded after the sport utility vehicle losing sight of it at Thurbers and Eddy Streets. Within moments the vehicle was spotted on 95 North, I monitored the pursuit and myself and Ptlm Carroll followed. Upon approaching the 95/93 split I observed various cities and Mass. State police vehicles stopped on the center island, it was at this time that I learned that the vehicle was stopped and that two of the four ocupents of the sport utility vehicle were in custody. A Massachussettes State Police K-9 arrived on scene, and upon giving a verbal warning to release the k-9 two subject surrendered to police. I positively identified the driver of the sport utility vehicle at this time.

Signature _____

Statement taken by _____

Witness: _____                          Page 1

## WITNESS STATEMENT

CCR# 00-114534

**Time** 17:00

**Date** 8-13-00

**Place** 209 Fountain Street

I, **John Lough**, voluntarily, without threats or promises, make the following statements:

**Q: What is your name?**
A: John Lough

**Q: What is your date of birth?**
A: 1-15-72

**Q: What is your present address?**
A: 209 Fountain Street Providence

**Q: What is your occupation?**
A: Police Officer

**Q: What is your present phone number ?**
A: 272-3121

In relation to my first statement left at 06:30 hours on 8-13-00, it was later learned that the two suspects who were already apprehended upon my arrival to the 95 / 93 split were Carmelo Maldonado (DOB 5-9-83) and Carlos Ricard (DOB 8-17-83). As for the suspect that I apprehended, he was later identified as Jose Juan Ortiz Sanchez (DOB 4-18-83). After advising him of his rights he stated to me that the driver of the vehicle whom he pointed out with his finger to be Eli Anthony Valentin (DOB 5-10-80). I also positively identified this suspect as the individual operating the white sport utility vehicle at Meni Court.

Signature _____

Statement taken by _____

Witness: _____

Page 1

MASSACHUSETTS STATE POLICE FOXBORO

September 26, 2000                    Incident Report                    Tuesday 03:36

Single Narrative

| INCIDENT LOCAL # PRIORITY ACC REP | ACTIVITY ADDRESS (JURISDICTION) DISPOSITION | OFFICER(S) | RECEIVED DISPATCHED ARRIVED CLEARED | DISPATCHER SUPERVISOR NATURE INCIDENT TYPE |
|---|---|---|---|---|

Narrative(s):

Narr. 1: **TRP. MICHAEL T. LYNCH**      Division: **None**      Status: **Open**      [I0002658]
      Title: **LARC MV SUMMONS**      Entered: **TRP. MICHAEL T. LYNCH**      Date: **09/26/00**
                              Reviewed: **No officer**      Edit: **09/26/00**

        THIS REPORT MAY OR MAY NOT INCLUDE EVERYTHING KNOWN TO THE POLICE


        On 09/22/00 at approx 0900 this Officer spoke to the registered owner of
California License Plate number (4BHR651). He stated that the plate was one
of two that belonged on his fiance Toyt Rav 4. He further stated that it must
have been stolen and that they didn't notice it for a while. I explained to
him that this plate was attached to a Toyota 4-Runner involved in a car chase
back on 8/13/00.
        Four subjects were arrested as a result of that car chase.
1.  Elias A. VALENTIN, 05/05/80, 026606731
2.  Carmelo MALDONADO, 05/09/83, 015643141
3.  Carlos RICARD, 08/17/83, 581955282
4.  Jose J. ORTIZ-SANCHEZ, 04/18/83, 130669535

        I then ran a check on the VIN of the Toyt 4-Runner,
 VIN#JT3HN87R8Y9040989, check revealed that the Toyt 4-Runner was stolen from
Padget Toyota in Jacksonville, NC on 7/28/00. Same was confirmed with
Jacksonville, NC PD.

# EXHIBIT 4

COMMONWEALTH OF MASSACHUSETTS          Record of Investigation

Subjects:
GARCIA, SOMARA I., 3/21/81, 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
RODRIGUEZ-MALDONADO, CARMELO, 5/9/83, 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
ROLDAN, ANGEL J., 11/26/79, 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

Gist:
ON 3/31/01 AT APPROXIMATELY 1950 HOURS SGT. DEAN BENNETT, A TROOP
PATROL SUPERVISOR, RECEIVED CONFIDENTIAL RELIABLE INFORMATION
THAT A 1997 FORD TAURUS, COLOR BLACK, BEARING NEW HAMPSHIRE
REGISTRATION 1198988, COULD BE LOCATED IN THE CITY OF LAWRENCE.
FURTHERMORE, IT WAS ADVISED THAT THIS VEHICLE CONTAINED AT
LEAST 1 HISPANIC FEMALE AND 2 HISPANIC MALE SUBJECTS, AND THAT
THEY WOULD BE ARMED WITH AT LEAST 2 .25 CALIBER PISTOLS AND 1 .45
CALIBER PISTOL. SGT. BENNETT THEN RELAYED THIS INFORMATION TO
THE SP ANDOVER EVE SHIFT PATROLS.

AT APPROXIMATELY 2130 HOURS I OBSERVED THE VEHICLE DESCRIBED
TURNING ONTO BROADWAY FROM ESSEX STREET IN THE CITY OF
LAWRENCE. I ALSO OBSERVED THAT THERE WAS A HISPANIC FEMALE
OPERATOR AND NO OTHER VISIBLE OCCUPANTS. I BLOCKED THE PATH OF
THE VEHICLE WITH MY CRUISER AND WITH THE ASSISTANCE OF SEVERAL
LAWRENCE POLICE CRUISERS EFFECTED A FELONY MOTOR VEHICLE
STOP. AS I APPROACHED THE VEHICLE I OBSERVED THAT THERE WAS
ALSO A HISPANIC MALE PASSENGER IN THE FRONT SEAT AND ANOTHER
HISPANIC MALE PASSENGER IN THE LEFT REAR SEAT, BOTH CROUCHING
LOW BELOW WINDOW LEVEL. THE DRIVER WAS REMOVED FROM THE
VEHICLE AND IDENTIFIED VIA A MASSACHUSETTS DRIVER'S LICENSE AS
SOMARA I. GARCIA, DOB 3/21/81, OF 387 HAMPSHIRE STREET, 3RD FLOOR,
LAWRENCE, MA 01841. THE FRONT SEAT PASSENGER WAS REMOVED
FROM THE VEHICLE AND GAVE A VERBAL ID AS ANGEL J. ROLDAN, DOB
11/26/79, OF 387 HAMPSHIRE STREET, 3RD FLOOR, LAWRENCE, MA 01841.
THE LEFT REAR SEAT PASSENGER WAS REMOVED FROM THE VEHICLE
AND GAVE A VERBAL ID AS CARMELO RODRIGUEZ-MALDONADO, DOB
5/9/83, OF 128 CHAPEL STREET #1, LOWELL, MA 01851. ALL 3 SUBJECTS
WERE THEN SECURED IN HANDCUFFS.

A SEARCH OF THE VEHICLE WAS THEN CONDUCTED BY LAWRENCE PTL.
ROBERT LEFEBRE AND DET. ROBERT DEBENEDETTO. LOCATED SECRETED
UNDERNEATH THE CENTER CONSOLE ARMREST WERE 3 FIREARMS. THE
WEAPONS COULD BE ACCESSED FROM EITHER THE FRONT OR REAR SEAT
AREAS. THE 3 SUBJECTS WERE THEN PLACED UNDER ARREST AND

TRANSPORTED FROM THE SCENE TO LAWRENCE PD WHERE THEY WERE
BOOKED.

THE WEAPONS WERE SUBSEQUENTLY REMOVED FROM THE VEHICLE BY
TPR. MICHAEL LOMBARD OF THE CRIME SCENE SERVICES SECTION AND
FOUND TO BE A RAVEN .25 CALIBER PISTOL, SERIAL #1798205, CONTAINING
2 ROUNDS OF AMMUNITION IN THE MAGAZINE, A JENNINGS .25 CALIBER
PISTOL, SERIAL #013210, CONTAINING 3 ROUNDS OF AMMUNITION IN THE
MAGAZINE, AND A TAURUS .45 CALIBER PISTOL, SERIAL #NPJ34521,
CONTAINING 8 ROUNDS OF AMMUNITION IN THE MAGAZINE. TPR.
LOMBARD THEN SECURED THESE WEAPONS FOR LATER ANALYSIS. A
SUBSEQUENT COMPUTER CHECK REVEALED THAT THE RAVEN HAD BEEN
REPORTED STOLEN ON 11/15/00 IN LAWRENCE, MA FROM A GEORGE
TORRES, AND THE TAURUS HAD BEEN REPORTED STOLEN ON 6/28/98 IN
TAVARES, FL FROM A VIVIAN QUATTLEBAUM. A TRACE WAS INITIATED
ON THE JENNINGS. NO OTHER CONTRABAND OR EVIDENCE WAS LOCATED
IN THE VEHICLE AND IT WAS TOWED BY VALLEY'S TOWING OF METHUEN
FOR SAFEKEEPING. ALSO ASSISTING AT THE SCENE WERE SGT. BENNETT,
TPR. MICHAEL SCALESE, TPR. LOUIS TOURNAME, AND LAWRENCE PD
CAPT. DAVID KELLEY, SGT. ROY VASQUE, SGT. CHARLES CARROLL, PTL.
MARCO AYALA, PTL MICHAEL NAVARNI, PTL. ROBERT FERRARO, AND PTL.
SEAN BURKE.

AFTER BEING BOOKED ALL 3 SUBJECTS WERE ADVISED OF THEIR RIGHTS,
AND SAMARA SIGNED A MIRANDA WAIVER CARD AND STATED SHE
WISHED TO SPEAK WITH MYSELF AND SGT. BENNETT. RODRIGUEZ-
MALDONADO AND ROLDAN AFFIRMED THEIR RIGHT TO REMAIN SILENT.
SAMARA STATED THAT SHE HAS KNOWN ROLDAN FOR APPROXIMATELY 1
YEAR, AND THAT HE CURRENTLY RESIDES WITH HER, ALTHOUGH THEY
ARE NOT IN A DATING RELATIONSHIP. SHE STATED THAT HE LIVED IN
MANCHESTER NH UNTIL A FEW MONTHS AGO WHEN HE MOVED IN WITH
HER. SHE STATED THAT SHE HAD NEVER MET RODRIGUEZ-MALDONADO
UNTIL TONIGHT. SHE STATED THAT SHE HAD CALLED A FRIEND NAMED
FELIX (UNKNOWN LAST NAME) ON HIS CELL PHONE, 978-621-0299, EARLY
IN THE DAY AND HAD ASKED TO BORROW HIS CAR TO GO SHOPPING WITH.
SHE STATED THAT SHE HAD A FRIEND BRING HER TO FELIX'S HOUSE AT
APPROXIMATELY 11AM, AND BELIEVED THAT HE LIVED IN DERRY NH BUT
COULD NOT PROVIDE AN ADDRESS OR ANY DESCRIPTIVE LANDMARKS
ALONG THE ROUTE THERE. SHE STATED THAT HE LET HER BORROW THE
BLACK TAURUS AND THAT SHE HAD BORROWED IT A COUPLE OF MONTHS
AGO AS WELL. SHE STATED THAT AFTER LEAVING HIS HOUSE SHE WENT
SHOPPING AT THE ROCKINGHAM MALL AND BJ'S WAREHOUSE IN SALEM
NH WITH HER DAUGHTER AND 2 OTHER GIRLS. SHE STATED THAT AT
AROUND 8PM SHE PICKED UP ROLDAN, RODRIGUEZ-MALDONADO, AND
ANOTHER MALE WHOM THEY CALLED "JORGE" IN SOUTH LAWRENCE SO
SHE COULD GIVE THEM A RIDE TO MEET A GIRL AT THE PUNTA CLUB ON

SOUTH BROADWAY. SHE STATED THAT SHE HAD NEVER MET "JORGE" BEFORE TONIGHT, BUT DESCRIBED HIM AS A LIGHT SKINNED HISPANIC, SKINNY, WITH PIERCINGS IN HIS FACE, 5'7", AND WEARING JEANS AND A BLACK COAT. SHE STATED THEY WENT BY THE PUNTA CLUB AND HONKED THE HORN BUT WHEN NO ONE CAME OUT THEY LEFT AND WENT TO MCDONALDS ON ESSEX STREET SO SHE COULD USE THE BATHROOM. SHE STATED THAT "JORGE" WENT INSIDE TO USE THE BATHROOM TOO, BUT DID NOT RETURN TO THE CAR. SHE STATED THAT AS THEY DRIVE AWAY FROM MCDONALDS THE POLICE STOPPED THEM. SHE FURTHER STATED THAT SHE HAD NO IDEA THAT THERE WERE GUNS IN THE CAR, THAT NONE OF THE PASSENGERS HAD MENTIONED GUNS, AND SHE HAD NEVER SEEN ANY OF THEM WITH GUNS IN THE PAST.

SUBSEQUENT CHECKS REVEALED THAT GARCIA'S LICENSE WAS CURRENTLY SUSPENDED IN MASSACHUSETTS AS OF 2/27/01 DUE TO A PAYMENT DEFAULT. SHE WAS ISSUED CITATION #H422631 FOR THE MV OFFENSES. BAIL COMMISSIONER BRUCE BROWN WAS CONTACTED AND SET BAIL AT $50,000 CASH BAIL ON EACH SUBJECT. ALL 3 WERE HELD AT LAWRENCE PD PENDING ARRAIGNMENT.

RESPECTFULLY SUBMITTED,

TPR. ERIC S. BERNSTEIN #2308
SP ANDOVER

# EXHIBIT 5

# Massachusetts State Police **COPY**
## Arrest Report

Printed By: MSP2879      Print Date: 5/2003 02:08

## Incident Information

Incident #: 2003-0A3-0849
SBTN: TSA3200301874
Date/Time: 05/06/2003 02:06
Court Loc.: LOWELL DC
City: LOWELL
Invest. Type: FIREARMS VIOLATION

Loc.Street/Route#: STREET LAWRENCE STREET, INTER
City/Town: LOWELL
Invst.Officer #: 2879    Name: TROOPER KESSEL, BR
Duty Station: A-3
Address: 906 ELM ST.
City, State: CONCORD, MA    Zip: 01742
Telephone: (978) 369-4100



## Subject Information

Wanted: N
Name: MALDONADO, CARMIELLO
DOB: 05/09/1983
POB: LOWELL
Address: 750 MERRIMAC STREET
City: LOWELL
State: MA    Zip: 01852
Phone:
SSN: 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
Marital Status: SINGLE
Father's Name: CARMELLO
Mother's Maiden: CARMEN
Spouse's Maiden:

Sex: MALE
Age: 019
Race: OTHER
Height: 511
Weight: 165
Hair: BROWN
Eye Color: BROWN
Build: MEDIUM
Complex: LIGHT
Num. Of Children: 0
Occupation: UNEMPLOYED
Emp./School:
Address:

## Charges

| | |
|---|---|
| 269-10-H | FIREARM WITHOUT FID CARD, SUBSQ.OFF. |
| 94C-34-G | DRUG, POSSESS CLASS D |
| 140-131C | FIREARM IN VEHICLE, LEAVE |

## Vehicle Information

License#:
State:    Class:
Status:
Vehicle. Owner: LUNA, HECTOR
Owner Address: 592 MARKET ST
City: LOWELL
State: MA    Zip: 01852
Lic Susp/Rev Date:
Reason:
Veh. Reg Number: 4372SV    State: MA
Issued:    Expiration
Veh Susp/Rev Date:
Reason:
Vehicle Stolen: N
Vehicle Towed By: FERREIRA'S
M/V Inv Attached: Y    Evi. Seized: N
VIN:
Vehicle Year: 1996
Vehicle Make: HONDA
Vehicle Color: BLUE
Vehicle Type: COUPE

## Custody Information

Assisted Officer#:    Name:
Rights Adv. Officer#: KESSEL    Name:
Photo Taken: Y    Printed: N
Photo Taken By#: 2879    Name: TROOPER KESSEL, BRAD W
Desk Officer#:    Name:
Person Called:    Number:

Breath Test Refused:    BT1 Given By#:
BT1 Date/Time:    BT1 Result:
BT2 Date/Time:    BT2 Result:
BT3 Date/Time:    BT3 Result:
BT Action:
Incident Involve Abuse-Defined in Section 209A?  N  Medication: N
Medication Info:

Bailed By/Released To:
Person Contacted If Detox:
Subject Status: PENDING BAIL

| Investigating Officer/ID#: Tre. Wle | | Reviewing Officer/ID#: |
|---|---|---|
| TROOPER KESSEL, BRAD | 2879 | S GT. P. Morley 4156. |

## Associated Persons

| Association | Name |
|---|---|
| ACCOMPLICE | DELEON, JONATHAN |
| ACCOMPLICE | MALDONADO, CARMELLO |

## Narrative

1. On Monday May 6, 2003 at approximately 0150 I was at the intersection of Moore and Lawrence St. in Lowell. I observed a blue Honda Accord bearing Massachusetts registration 4372SV in operation without a front plate, with dark tinted windows and operating at a high rate of speed. I accelerated to catch up to the Honda and observed two passengers turn their heads to look back at me. I also observed the Honda swerve into the opposite lane of travel and back again. I then activated the overhead lights and stopped the Honda at the intersection of Lawrence and Ames St in Lowell.

2. I approached the male operator and knocked on the window to have him roll it down. As the window was rolled down I obtained a strong odor of marijuana coming from within the vehicle. I also noticed an aluminum baseball bat laying along the drivers side floor. I then asked the operator, later identified as Luna, Hector with a date of birth of 9/2/85, to step out of the vehicle. I asked Luna about the odor of marijuana and if there was any weapons or drugs in the vehicle. Luna stated that there was no weapons or drugs in the vehicle and the odor was there because the three of them had smoked earlier in the night. I then advised Luna that he was not under arrest and asked if he would sit in the back seat of the cruiser, uncuffed, for my safety while I searched the vehicle. Luna stated that he did not mind.

3. I then asked the front seat passenger, later identified as Maldonado, Carmelo with a date of birth of 5/9/83 to exit the vehicle. I asked Maldonado if there were any drugs or weapons in the vehicle and his voice became very unsteady. Maldonado stated no and began noticeably shaking. I then asked him why the vehicle had such a strong odor of marijuana and he also stated that the three of them had smoked marijuana earlier in the night. I asked Maldonado who the other passengers in the vehicle were and he said he didn't know. I also advised Maldonado that I was placing him in the back seat of the cruiser, uncuffed, for my safety while I searched the vehicle.

4. The third passenger seated in the back seat did not have any identification and stated his name as Deleon, Jonathan with a date of birth of 11/22/82. I asked Deleon about the odor of marijuana and if there were any weapons or drugs in the vehicle. Deleon stated that he didn't know anything about no drugs or no weapons. I had Deleon sit approximately 50 feet away so I could maintain visual contact with him while I searched the vehicle.

5. I then opened the drivers side door and noticed a black eye glasses case in the center console. I opened the case and observed a green substance believed to be marijuana. I then noticed that the cup holder case, also in the center console was not secured properly. I lifted up the cup holder case and observed a handgun wedged beneath it. I radioed for assistance and awaited their arrival. Lowell Police arrived seconds later and I then asked all three males who owned the firearm and marijuana. All three males stated that they did not know who owned either item. I then placed all three men under arrest and advised them of their rights per Miranda.

6. Maldonado, Deleon and Luna were transported to SP Concord where they were booked, photographed and fingerprinted. All three men denied ownership of the weapon and drugs and were allowed use of the telephone. Negative Q5. Negative cruiser search. The firearm was listed to Perez, Santos with a date of birth of 10/08/68. The firearm was a 25 caliber hand gun serial number A816515. Attempts to locate Santos were unsuccessful. Both items were listed in the A3 contraband journal.

7. Prior to being escorted to Lowell District court, Luna stated that the firearm belonged to him and not to Deleon and Maldonado. Luna then stated he did not know where the marijuana came from and refused to say where he obtained the firearm. The statement was made in Tpr Spencer's presence after booking.

| Investigating Officer/ID#: | | Reviewing Officer/ID#: | |
|---|---|---|---|
| TROOPER KESSEL, BRAD | 2879 | SGT. P. Matigga #1566 | |

# Massachusetts State Police **COPY**

## Arrest Report

Printed By: MSP2879                                                                                      Print Date: 3/2003 02:06

### Incident Information

Incident #: 2003-0A3-0649
SBTN: TSA3200301872
Date/Time: 05/06/2003 02:06
Court Loc.: LOWELL DC
City: LOWELL
Invest. Type: FIREARMS VIOLATION

Loc.Street/Route#: STREET LAWRENCE STREET, INTER
City/Town: LOWELL
Invst.Officer #: 2879    Name: TROOPER KESSEL, BR
Duty Station: A-3
Address: 906 ELM ST.
City, State: CONCORD, MA    Zip: 01742
Telephone: (978) 369-4100



### Subject Information

Wanted: N.
Name: DELEON, JONATHAN
DOB: 11/22/1982
POB: LOWELL
Address: 3 ROOSEVELT PLACE
City: LOWELL
State: MA    Zip01851
Phone:
SSN: 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
Marital Status: SINGLE
Father's Name: JOSE
Mother's Maiden: HILDA VELASQUEZ
Spouse's Maiden:

Sex: MALE
Age: 020
Race: WHITE
Height: 511
Weight: 210
Hair: BROWN
Eye Color: BROWN
Build: MEDIUM
Complex: DARK
Num. Of Children: 0
Occupation: UNEMPLOYED
Emp./School:
Address:

### Charges

| | |
|---|---|
| 269-10-G | FIREARM WITHOUT FID CARD, POSSESS |
| 140-131C | FIREARM IN VEHICLE, LEAVE |
| 94C-34-H | DRUG, POSSESS CLASS D, SUBSQ.OFF. |

### Vehicle Information

Liconse#: 584898573
State: MA    Class:
Status:
Vehicle. Owner: ,
Owner Address:
City:
State:    Zip:
Lic Susp/Rev Date:
Reason:
Veh. Reg Number:    State:
Issued:    Expiration:
Veh Susp/Rev Date:
Reason:
Vehicle Stolen: N
Vehicle Towed By:
M/V Inv Attached: N    Evt. Seized: N
VIN:
Vehicle Year:
Vehicle Make:
Vehicle Color:
Vehicle Type:

### Custody Information

Assisted Officer#: SPENC    Name:
Rights Adv. Officer#: KESSEL    Name:
Photo Taken: Y    Printed: N
Photo Taken By#: 2879    Name: TROOPER KESSEL, BRAD W
Desk Officar#: SPENC    Name:
Person Called:    Number:

Breath Test Refused:    BT1 Given By#:
BT1 Date/Time:    BT1 Result:
BT2 Date/Time:    BT2 Result:
BT3 Date/Time:    BT3 Result: .
BT Action:
Incident Involve Abuse-Defined In Section 209A?    N    Medication: Y
Medication Info:

Bailed By/Released To:
Person Contacted If Detox:
Subject Status:

| Investigating Officer/ID#: | | Reviewing Officer/ID#: |
|---|---|---|
| TROOPER KESSEL, BRAD | 2879 | SGT. P. *[signature]* 4/15/06 |

## Associated Persons

| Association | Name |
|---|---|
| ACCOMPLICE | DELEON, JONATHAN |
| ACCOMPLICE | MALDONADO, CARMELLO |

## Narrative

1. On Monday May 6,2003 at approximately 0150 I was at the intersection of Moore and Lawrence St. in Lowell. I observed a blue Honda Accord bearing Massachusetts registration 4372SV in operation without a front plate, with dark tinted windows and operating at a high rate of speed. I accelerated to catch up to the Honda and observed two passengers turn their heads to look back at me. I also observed the Honda swerve into the opposite lane of travel and back again. I then activated the overhead blue lights and stopped the Honda at the intersection of Lawrence and Ames St in Lowell.

2. I approached the male operator and knocked on the window to have him roll it down. As the window was rolled down I obtained a strong odor of marijuana coming from within the vehicle. I also noticed an aluminum baseball bat laying along the drivers side floor. I then asked the operator, later identified as Luna, Hector with a date of birth of 9/2/85, to step out of the vehicle. I asked Luna about the odor of marijuana and if there was any weapons or drugs in the vehicle. Luna stated that there was no weapons or drugs in the vehicle and the odor was there because the three of them had smoked earlier in the night. I then advised Luna that he was not under arrest and asked if he would sit in the back seat of the cruiser, uncuffed, for my safety while I searched the vehicle. Luna stated that he did not mind.

3. I then asked the front seat passenger, later identified as Maldonado, Carmelo with a date of birth of 5/9/83 to exit the vehicle. I asked Maldonado if there were any drugs or weapons in the vehicle and his voice became very unsteady. Maldonado stated no and began noticeably shaking. I then asked him why the vehicle had such a strong odor of marijuana and he also stated that the three of them had smoked marijuana earlier in the night. I asked Maldonado who the other passengers in the vehicle were and he said he didn't know. I also advised Maldonado that I was placing him in the back seat of the cruiser, uncuffed, for my safety while I searched the vehicle.

4. The third passenger seated in the back seat did not have any identification and stated his name as Deleon, Jonathan with a date of birth of 11/22/82. I asked Deleon about the odor of marijuana and if there were any weapons or drugs in the vehicle. Deleon stated that he didn't know anything about no drugs or no weapons. I had Deleon sit approximately 50 feet away so I could maintain visual contact with him should I searched the vehicle.

5. I then opened the drivers side door and noticed a black eye glasses case in the center console. I opened the case and observed a green substance believed to be marijuana. I then noticed that the cup holder case, also in the center console was not secured properly. I lifted up the cup holder case and observed a handgun wedged beneath it. I radioed for assistance and awaited their arrival. Lowell Police arrived seconds later and I then asked all three males who owned the firearm and marijuana. All three males stated that they did not know who owned either item. I then placed all three men under arrest and advised them of their rights per Miranda.

6. Maldonado,Deleon and Luna were transported to SP Concord where they were booked, photographed and fingerprinted. All three men denied ownership of the weapon and drugs and were allowed use of the telephone. Negative Q5. Negative cruiser search. The firearm was listed to Perez, Santos with a date of birth of 10/08/68. The firearm was a 25 caliber hand gun serial number A816515. Attempts to locate Santos were unsuccessful. Both items were listed in the A3 contraband journal.

7. Prior to being escorted to Lowell District court, Luna stated that the firearm belonged to him and not to Deleon and Maldonado. Luna then stated he did not know where the marijuana came from and refused to say where he obtained the firearm. The statement was made in Tpr Spencer's presence after booking.

| Investigating Officer/ID#: | | Reviewing Officer/ID#: | |
|---|---|---|---|
| TROOPER KESSEL, BRAD | 2879 | SGT. P. Montoya M156. | |

# EXHIBIT 6

**INCIDENT/ARREST REPORT**

PAGE 1 OF 2

DATE REPORTED: 1-1-03

Lowell Police Dept.
50 Arcand Drive
Lowell, MA 01852

☐ INCIDENT    ☑ ARREST

JUVENILE ☐    DOMESTIC ☐

TIME REPORTED: 1800 (24 hour)

CASE NO: 03-00064

HATE CRIME ☐    ALCOHOL INVOLVED ☐

**OFFENSE**

| | | |
|---|---|---|
| PERSON #1 | OFFENSE 1 (CHARACTER OF CASE) Pass class D w/int 94C s32c | Drug Free school | Park Zone 94C s32j | STATUTE |
| | OFFENSE 2 (CHARACTER OF CASE) Conspiracy to viol narcotic laws 94c s40 | trespassing 266 s120 | STATUTE |
| PERSON #2 — | OFFENSE 3 (CHARACTER OF CASE) trespassing 266 s120 | Conspiracy to viol narcotic laws 94c s40 | STATUTE |

DATE OCCURRED FROM  MONTH 01 DAY 01 YEAR 03 HOUR 18 MIN 00  TO  MONTH DAY YEAR 18 MIN 15

LOCATION OF OFFENSE (STREET NUMBER • DIRECTION • STREET NAME • APT. NUMBER/BUSINESS NAME • CITY)
32 Hancock Ave Lowell, Mass.

Erickson 633

**#1** 13. TYPE S

NAME (LAST, FIRST, MIDDLE INITIAL) Deleon, Johnathan

DOB 10-22-82

NUM 3

SOCIAL SECURITY # 584 89 8573

IF ESTIMATED CHECK ☐    AGE 17.    HEIGHT 6'    WEIGHT 210

**PERSON 1**

HAIR Blk    EYES    16.    17.    17.    18.    19.

ADDRESS 139 Cushing st.    CITY Lowell, Mass. 3rd Flr.    STATE    ZIP

RES PHONE    EMPLOYER/SCHOOL    EMPLOYER ADDRESS

BUS PHONE

OCCUPATION Cell phone worker    SCARS/MARKS/TATTOOS/CLOTHING    20.

ALIAS/STREET NAME/NICKNAME    PLACE OF BIRTH

**#2** 13. TYPE S

NAME (LAST, FIRST, MIDDLE INITIAL) Rodriquez, Carmello

DOB 5-9-83

NUM 3

SOCIAL SECURITY # 015 84 3141

IF ESTIMATED CHECK ☐    AGE 17.    HEIGHT 5'10    WEIGHT 140

**PERSON 2**

HAIR Blk    EYES    16.    17.    17.    18.    19.

ADDRESS 750 Merrimack st.    CITY Lowell, Mass.    STATE    ZIP

RES PHONE    EMPLOYER/SCHOOL    EMPLOYER ADDRESS

BUS PHONE

OCCUPATION none    SCARS/MARKS/TATTOOS/CLOTHING    20.

ALIAS/STREET NAME/NICKNAME    PLACE OF BIRTH

RECEIV
JAN 02 2003
LOWELL POLICE DEPT.

13. TYPE    NAME (LAST, FIRST, MIDDLE INITIAL)    DOB

NUM    SOCIAL SECURITY #    IF ESTIMATED CHECK ☐    AGE 17.    HEIGHT    WEIGHT

**PERSON 3**

HAIR    EYES    16.    17.    17.    18.    19.

ADDRESS    CITY    STATE    ZIP

RES PHONE    EMPLOYER/SCHOOL    EMPLOYER ADDRESS

BUS PHONE

OCCUPATION    SCARS/MARKS/TATTOOS/CLOTHING    20.

ALIAS/STREET NAME/NICKNAME    PLACE OF BIRTH

LPD1-A-2/02

| PROPERTY | | | |
|---|---|---|---|
| CATEGORY (STLN, RECVD, LOST, DAMAGED, ETC.) | PROPERTY DESCRIPTION (INCLUDING MODEL NO.) | SERIAL NUMBER | PROPERTY OR LOSS VALUE |
| recovered | Bag of Marijuana (5 ind wrapped bags) | | |
| Seized @ Lpd booking | $225.00 Cash US Currency | | |
| | 1 Cell ph. nokia | | |
| | | | |

| 21. DRUG ACTIVITY | | 22. DRUG TYPE | | 23. MO | | OTHER_____ | | 24. POE | | OTHER_____ |
|---|---|---|---|---|---|---|---|---|---|---|

| CRIME SCENE: | PHOTOS TAKEN | YES | | BY WHOM? | | DUSTED FOR LATENT PRINTS | YES | | PRINTS SUBMITTED | YES | | BY WHOM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ROLL # | | NO | | | | | NO ✓ | | | NO ✓ | | |

| VEHICLE 1 | | PERSON (INDICATE PERSON TO WHOM VEHICLE INFO APPLIES) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| YEAR 89-92 | MAKE honda | MODEL prelude / accord | TYPE | COLOR Bk | PLATE Unk | | | | | STATE |
| VIN | | | | INSURANCE COMPANY | | | | | | |

NARRATIVE: On the listed date/time I was assigned to patrol as P6 in the East Sector. I was at the top of Hancock Ave in the North Common Park. I was observing an area of Hancock that has been recently the subject of resident concern. This is an area of high crime and narcotic activity. At approx 1800 hrs I observed 2 hispanic males whom are known to this officer and have been identified as jointly selling marijuana in the Salem st; Hancock; Adam st. areas. Residents who fear retaliation have named (S) Deleon and (S) Rodriquez as individuals who sell marijuana. Both of these males have been given ample notice by this officer and area cars not to trespass on housing property. I have personally given them notice and shown them posted signs on this property.

    (S) Deleon was also arrested on 12/28/02 for selling marijuana on Willie st. (report #02-2445) This is 2 blocks from this location.

    While observing these 2 males, a black mv (lone wm operator) drove (C) down Hancock ave and pulled alongside the courtyard entrance. The 2 suspects exited the courtyard and approached this mv. (S) Rodriquez spoke briefly and (S) Deleon leaned to the open pass window and passed and object to; received from wm operator. The mv sped off and the suspects started to walk up Hancock Ave. I emerged from the Common and (S) Deleon and (S) Rodriquez turned and walked away. I observed (S) Deleon bend next to a red mini van, I believed that he placed something under it. Based on my training and experience I believe that I had just witnessed a narcotic transaction (#$ for drugs) I met these individuals at 32 Hancock and pat frisked them for any possible weapons. Both were handcuffed and the wagon was called for transport / assistance.

REPORTING OFFICER _____ See page 2 _____

SIGNATURE

OFFICER BADGE [ ]

DATE

REVIEWING SUPERVISOR _____ [signature] _____

SIGNATURE

OFFICER BADGE 752

DATE 1/1/02

LOWELL POLICE DEPT.          Page __2__ of __2__          Case No.: 03-00064

Today's Date: 1-1-03                              Initial Report Date: 1-1-03

# INCIDENT / ARREST REPORT

☐ NARRATIVE / CONTINUATION ☑ / FOLLOW-UP ☐

Offense: Poss w/int distribute Class D; Drug Free School Park Zone; Trespass; Conspiracy

Location of Offense: 32 Hancock Ave, Lowell Mass.

Reason for follow-up: _____

     These suspects were arrested for trespassing and when the wagon officer arrived I went to the red mini van and under it I recovered a plastic bag containing 5 individual wrapped bags of marijuana. These were wrapped uniformly and consistant with street level sales of this narcotic.

     At the Lpd booking window $225.00 us dollars were seized as well as the cell phone of (S) DeLeon. These were believed to have been proceeds; instrument of the suspects distribution activity. He was also charged with Drug Free School / Park Zone as this activity took place well within the boundries of both the Murkland School and the North Common Park.

     All property and evidence was submitted to Lpd evidence.

RECEIVED

JAN 02 2003

LOWELL POLICE DEPT.

Cony Sch 633

LPD 1-8 5/01