UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>     v.    )<br>)<br>)<br>**CARMELO RODRIGUEZ**   ) | Criminal No. 04-10048-NG |

## MOTION TO STRIKE

The defendant has filed a pleading in this case entitled "Defendant Carmelo Rodriguez' Partial Opposition to the Government's Motion to Supplement." Its gist is that the undersigned AUSA is conducting this sentencing hearing, not to demonstrate the seriousness and persistence of the Carmelo Rodriguez' cocaine trafficking or to rebut the defendant's claims of discovery abuse, but to inflict injury on a co-defendant who has agreed to cooperate with the government.

In a case in which the defendant has resorted to increasing invective and ad hominem personal attacks that the government simply does not understand, this pleading has reached a new low. The government will not dignify the defendant's pleading with any further response except to say that it has no place in criminal case before this Court and should be stricken. See <u>Valparaiso v. Ironworkers Local Union 188</u>, F.R.D. 466, 472 (N.D. Ind. 1987) (in striking pleadings in civil case, court noted that "personal attacks" and "verbal sniping" are intolerable in federal court").

The defendant has raised claims of sentencing entrapment. If he wishes to pursue that argument, he is obligated to prove it and analyze

the applicable legal principles, already laid out by the government in its Supplemental Sentencing Memorandum.[1]

    The defendant's pleading should be stricken.

>Respectfully submitted,
>MICHAEL J. SULLIVAN
>UNITED STATES ATTORNEY
>
>By:  /s John A. Wortmann, Jr.
>JOHN A. WORTMANN, JR.
>Assistant U.S. Attorney
>One Courthouse Way
>Boston, MA
>(617) 748-3207

---

[1] The government has provided CW-2's counsel with a copy of the defendant's pleading so that he and his client can make their own determination of the government's motives in this case.