UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL No. 04-10048-NG |
| | ) | |
| **CARMELO RODRIGUEZ** | ) | |

### GOVERNMENT'S MOTION TO SUPPLEMENT RECORD

During yesterday's hearing, the government marked as an exhibit two reports that it believed were the only FBI 302's generated after 9/1/03 containing information provided by CW-2 about the co-defendant's in this case. After the hearing yesterday, the undersigned personally reviewed the CI file at the FBI pertaining to this witness and realized that the undersigned was using an incomplete number for culling out documents pertaining to this witness. In fact, there are additional documents that fit into this category which are attached and which should be included in the record.

The undersigned takes full responsibility for this error which is his and his alone. The undersigned apologizes to the court and defense counsel for not including these documents (all of which were produced to defense counsel at the beginning of the case without attribution) and have now been produced with the

source of the information identified.

                          Respectfully submitted,

                          MICHAEL J. SULLIVAN
                        United States Attorney

By: _____
    JOHN A. WORTMANN, JR.
    Assistant U.S. Attorney
    One Courthouse Way
    Boston, MA 02210
    (617) 748-3207


**CERTIFICATE OF SERVICE**

This is to certify that I have this ᵗʰ day of October, 2004 served a copy of this motion on counsel for Carmelo Rodriguez by mail and fax.

By: _____  10.22.04
    JOHN A. WORTMANN, JR.
    Assistant U.S. Attorney