## FEDERAL BUREAU OF INVESTIGATION

Date of transcription   10/15/2003

Individual, who is not in a position to testify, provided the following information:

**REDACTED**

There was a meeting of the Lowell LATIN KING membership in Lowell on Sunday, October 5, 2003.

CARMELLO RODRIGUEZ is the leader of the Lowell Chapter, JONATHAN DELEON is the third, and KING CRIMINAL is the second. RODRIGUEZ and DELEON are residing together and are distributing cocaine. RODRIGUEZ is utilizing telephone number 978-726-2542 and DELEON is utilizing telephone number 978-726-2580. KING CRIMINAL has warrants and is on the run. KING CRIMINAL was at the meeting of the LATIN KING membership on October 5, 2003 in Lowell, Massachusetts.

KING CARMELLO is distributing cocaine to KING B AND D (RICARDO ROSARIO). B AND D is residing with his longtime girlfriend, JOLLIE, at her home located at 436 Hampshire Street, Lawrence, MA.

KING ONIX is also distributing cocaine.

At the membership meeting on Sunday, KING B AND D asked KING CARMELLO for three and a half grams of cocaine. This cocaine was valued at approximately $100.

**REDACTED**

Investigation on   10/06/2003   at   Methuen, MA

File #   137A-BS-89358, 245D-BS-91441-LOWELL -71   Date dictated   10/10/2003

by   SFO THOMAS DALY and SA TODD I. RICHARDS/nma

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription  10/28/2003

Individual, who is not in a position to testify, provided the following information:

**REDACTED**

LATIN KING member TANK is also distributing cocaine. TANK resides in Lowell, MA, in a small apartment building located in the back of a project area.

The Lowell Inca, CARMELLO RODRIGUEZ, is selling cocaine with KING JONATHAN. RODRIGUEZ and KING JONATHAN were residing together; however, JONATHAN has recently obtained an apartment near Pawtucket Boulevard in Lowell, MA.

KING JUSTICE is residing in Easton, MA.

**REDACTED**

WITH/TEXT _____✓_____
WITHOUT/TEXT _____
BY _____
DATE 11/12/03

---

Investigation on  10/24/2003  at  Methuen, MA  (telephonically)

File # 137A-BS-89358, A-47 245D-BS-91441-LOWELL -70  Date dictated  10/24/2003

by SA TODD I. RICHARDS/nma

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

137B-BS-79358/245D-BS-91441-LOWELL

Continuation of FD-302 of _____, On 11/06/03, Page 2

Corvina was providing Onix with huge quantities of heroin, marijuana and cocaine the she was transporting by car from out of state. Corvina always used rental vehicles.

Carmello Rodriguez is in possession of a 9mm pistol which he keeps at his mother's house on Merrimack Street in Lowell, Ma. near the North Common. The pistol has A80 stamped on the side and holds fifteen rounds and one in the chamber. It is silver where the shells are ejected. Rodriguez is residing at his mother's house. If he is not there he is at his cousin's house on Stackpole Street. King Bear (Gicliff Rodriguez), has a child with this cousin. King Bear is the MOD for the State of Massachusetts. Rodriguez recently bought a 1993 Lincoln Continental color cream.

Jonathan Deleon is in possession of a .380 pistol.

Playero has numerous weapons including an UZI with no magazine, a 9mm, a .22 caliber and a 30/30 rifle. Playero used to reside at 26 Hillside Drive in Lowell, Ma. with an Aunt. Playero is extremely intelligent and is considered a money maker.

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription  11/07/2003

Individual, who is not in a position to testify, provided the following information:

**REDACTED**

King Johnathan, Tank and Playero are also dealing cocaine. Playero does not speak English. Jonathan and Carmello Rodriguez are buying ten ounces a week and distributing it where they are able.


, King

The meetings in Lowell are held every other Sunday.

The Individual advised that the Lowell membership hierarchy is as follows:

1. Carmello Rodriguez
2. King Criminal (he has been arrested by Lowell P.D. in the past)
3. King Jonathan (Deleon)
4. King Choko (Moody Street projects)
5. King Smoky (Cintron)

**REDACTED**

hill near a ch....

---

Investigation on  11/06/03   at  Lowell, Ma.

File # 137B-BS-89358/245D-BS-91441-LOWELL-73   Date dictated

by SA Todd I. Richards

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription  11/12/2003

Individual, who is not in a position to testify, provided the following information:

1. King Onix, 978-866-0933.

2. Palyero, 978-590-2587.

3. Carmello Rodriguez, 978-726-2542.

4. King Smoky, 978-937-3082, address 1016 Middlesex Street, Apt #12, Lowell, Ma. Smoky is dealing drugs from his house and the Rainbow Club.

5. King Jonathan Deleon, 978-804-6443.

WRITE
WITHOUT
BY _Omb_
DATE 11/25/03

---

Investigation on  11/08/03  at  Lawrence, Ma.  (telephonically)

File # 137A-BS-09358/245D-BS-91441-LOWELL  A-53  76  Date dictated _____

by SA Todd I. Richards

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription  11/18/2003

Individual, who is not in a possession to testify, provided the following information:

A white Mazda 626 parked behind 1016 Middlesex Street, Lowell, Ma. contains a Christmas tree box which contains two weapons, an Uzi with no magazine and a 30/06 rifle. The vehicle was given to King Smoky (Luis Cintron) in trade for drugs which he is distributing from his apartment at 1016 Middlesex Street.

The weapons were being held by King Smoky. The Uzi is reportedly owned by Playero another Latin King member. The weapons were put in the vehicle by King Joshua, Cintron's brother. King Joshua reportedly wiped the weapons down of fingerprints prior to putting them in the vehicle.

[redacted: King Carmelo (Carmelo Rodriguez) also has knowledge of the box.]

UPLOADED
WITH/TEXT ✓
WITHOUT/TEXT ____
BY _Qmb_
DATE 12/9/03

Investigation on  11/17/03  at  Lowell, Ma.  (telephonically)

File # 137B-BS-89358/245D-BS-91441-LOWELL-77  A-54  Date dictated ____

by SA Todd I. Richards

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

322TIR02.302

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription   12/10/2003

Individual, who is not in a position to testify, provided the following information:

Carmelo Rodriguez has left the Lowell, Massachusetts area on 12/8/03 with $25,000 to purchase at least a kilo of cocaine. The coke is being purchased either from or with the assistance of his uncle. Rodriguez will be back in approximately a week. Gicliff Rodriguez, aka Bear loaned Carmello $700.00 for the purchase.

Rodriguez is dealing 5-7 ounces of cocaine on a weekly basis. He is purchasing the drugs from Americo (lnu) who is from Lawrence and has done time in Billerica and Cambridge, Ma. He has also purchased drugs from Nooney (lnu).

Rodriguez has just obtained a fully automatic Mac-11 which he traded for his 9mm handgun and $600.00. Rodriguez wants to purchase an AK-47 rifle for $400.00 from an Cambodian male to be used against other gangs in the city if tensions escalate during the summer.

UPLOADED
WITH ____ ✓
WITHOUT ____
BY _____
DATE 1/6/04

CIMS

Investigation on   12/9/03   at   Lowell, Ma.   (telephonically)

File # 137A-BS-89358/245D-BS-91441-LOWELL -79   Date dictated _____

by SA Todd I. Richards

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.