

**U.S. Department of Justice**

*United States Attorney*

*District of Massachusetts*

---

Main Reception: (617) 748-3100

United States Courthouse, Suite 9200
1 Courthouse Way
Boston, Massachusetts 02210

617-720-3554

October 22, 2004

**BY FAX**

Barry S. Pollack, Esq.
Donnelly, Conroy & Gelhaar
One Beacon Street 33rd Floor
Boston, MA 02108

      Re:  <u>United States v. Carmelo Rodriguez</u>
           Criminal No. 04-10048-NG

Dear Barry:

    I reviewed the FBI's file pertaining to Giecliff Rodriguez and learned that I had made an error in producing the reports sent to you on October 13. The error resulted from my misunderstanding of Rodriguez's CI number.

    The corrected documents are enclosed. These are the documents reflecting information that Giecliff Rodriguez provided about the co-defendants prior to his arrest in this case. Because some of them relate to the period after September 1, 2003, I will file a motion to supplement the record from today's hearing.

    I apologize for the error which was mine and mine alone.

                                    Very truly yours,

                                    MICHAEL J. SULLIVAN
                                    United States Attorney

               By:  _____
                      JOHN A. WORTMANN, JR.
                      Assistant U.S. Attorney

D-302a (Rev. 10-6-95)

Continuation of FD-302 of ___SOURCE___ , On _1/7/2003_ , Page _2_

~~KING CARMELO is also in possession~~ of a handgun. KING CARMELO is residing near Salon Street in ~~Lowell, Massachusetts~~.

**REDACTED**

FD-302 (Rev. 10-6-95)

-1-

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription  02/10/2003

INDIVIDUAL, who is not in a position to testify, provided the following information:

Several members of the Lowell Chapter of the Latin Kings will be travelling to Fitchburg to meet with Latin King members in that area within the next couple of days. CARMELLO and LOUIE "LIPS" are scheduled to go to Fitchburg. KING INDIO will also attend.

# REDACTED

UPLOADED
WITH/TEXT ✓
WITHOUT/TEXT
BY
DATE  2-26-03

---

Investigation on  1/21/2003  at  Lowell, Massachusetts  -  (telephonically)

A31

File # 137B-BS-89358/92B-BS-91442-1          Date dictated  2/5/2003

by  SA TODD I. RICHARDS/jaq

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302 (Rev. 10-6-95)

-1-

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription  03/27/2003

Individual, who is not in a position to testify, provided the following information:

REDACTED

LATIN KING member "B AND D" is wanted and is residing in Lawrence, Massachusetts (MA). His telephone number is 978-685-4435.

[redacted block]

KING B AND D shot at a Cambodian male near Whipple Street in Lowell, MA. Following the shooting, B AND D went to TRACY's residence. B AND D said he had shot at the Cambodian kid by shooting into the residence. The incident involved a disagreement about drugs.

UPLOADED
WITH/TEXT ✓
WITHOUT/TEXT _____
BY hmb
DATE 4/10/03

Investigation on  03/14/2003  at  Tewksbury, MA  (telephonically)

File # 137A-BS-89358, A-33  245D-BS-91441-106   Date dictated  03/24/2003

by SA TODD I. RICHARDS/nma

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

- 1 -

# FEDERAL BUREAU OF INVESTIGATION

Date of transcription  04/14/2003

Individual, who is not in a position to testify, provided the following information:

The current leadership of the Lowell LATIN KINGS is as follows:

1. CARMELO MALDONADO, (nsn) (resides behind POCO's store in a blue building, Lowell, Massachusetts (MA)).

**REDACTED**

KING JONATHAN is in possession of a .357 magnum revolver. The individual does not know where JONATHAN keeps this weapon.

---

Investigation on  04/09/2003    at  Lowell, MA

File # 137A-BS-89358, A-34  92B-BS-91442-3    Date dictated  04/10/2003
~~92B-BS-96950-LOWELL~~

by  SA TODD I. RICHARDS/nma

(04NMA-01.302)

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.                                24.B

FD-302 (Rev. 10-6-95)

-1-

### FEDERAL BUREAU OF INVESTIGATION

Date of transcription 05/08/2003

Individual, who is not in a position to testify, provided

REDACTED

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ telephone number is 978-853-7639.

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

KING TEMPLE was with KING JONATHAN when they were shot at by ▓▓▓▓▓▓▓▓▓▓.

▓▓▓▓▓▓▓▓▓▓▓▓▓▓, also known as ▓▓▓▓, is in possession of a AR-15. ▓▓▓ has stated that KING CARMELLO is welcome to use the AR-15 if necessary.

UPLOADED
CIMS
WITH/TEXT ✓
WITHOUT/TEXT _____
BY hmb
DATE 6/11/03

Investigation on  04/25/2003  at  Groton, MA

File # 137B-BS-89358A-37, 92B-BS-91441-LOWELL-10    Date dictated  05/05/2003

by SFO THOMAS DALY and SA TODD I. RICHARDS/nma

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

243

FD-302 (Rev. 10-6-95)

-1-

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription  06/10/2003

Individual, who is not in a position to testify, provided the following information:

**REDACTED**

The individual advised that KING CARMELLO is the Inca in Lowell, MA, at that time. The cacique is KING CRIMINAL and the minister of defense is KING JONATHAN (FUENTES). The regional officer for the Lowell area is MICHAEL BAEZ. BAEZ covers the territory from Lowell to Fitchburg. The regional officer in Lawrence is KING SAKI.

The individual stated that during the incident in which ▓▓▓▓ fired his weapon, which was a .32 caliber handgun, TANK was also in the area. An individual named ▓▓▓▓ had a weapon.

UPLOADED
WITH/TEXT ✓
WITHOUT/TEXT _____
BY hmf
DATE 6/18/03

---

Investigation on  05/29/2003  at  Lowell, MA                      (telephonically)

File # 137B-BS-89358, 245D-BS-91441-LOWELL-40   Date dictated  06/05/2003

by  SA TODD I. RICHARDS/nma

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

D-302 (Rev. 10-6-95)



-1-

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription  06/19/2003

Individual, who is not in a position to testify, provided the following information:

**REDACTED**

CARMELLO RODRIGUEZ, aka King Carmello, is also staying in Easton, Massachusetts. KING CARMELLO is the casique of the Lowell LATIN KINGS. KING SARI is the regional officer for Lawrence, Massachusetts. KING INDIO, who had been staying in Easton, Massachusetts, beat his case in front of the LATIN KING court. KING INDIO is attempting to get back his position of number two in the state. The acting number two is KING CHINO, who is still incarcerated.

Investigation on  06/13/2003  at  Wilmington, Massachusetts  (telephonically)

File # 137A-BS-89358/245D-BS-91441 SUB LOWELL    Date dictated  06/16/2003

by  SA TODD I. RICHARDS/cs

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

169cs07.302

FD-302 (Rev. 10-6-95)

-1-

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription  07/08/2003

    Individual, who is not in a position to testify, provided the following information:

    ~~KING B. AND B., also known as RICARDO ROSARIO, was stopped~~ in Nashua, New Hampshire, and arrested.

UPLOADED
WITH/TEXT ✓
WITHOUT/TEXT ____
BY  Qmb
DATE  7/30/03

Investigation on  07/01/2003  at  Boston, MA  (telephonically)

File # 137B-BS-89358, A-42  245D-BS-91441-LOWELL -51   Date dictated  07/02/2003

by SA TODD I. RICHARDS/nma

181 NMA 02307

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302 (Rev. 10-6-95)



-1-

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription  07/15/2003

Individual, who is not in a position to testify, provided

**REDACTED**

KING B & D, aka RICARDO ROSARIO, is hiding out in Salem, New Hampshire. ROSARIO recently robbed a girl of $900. ROSARIO is staying with KING JUNE, aka ABRAHAM FIGUEROA, date of birth August 29, 1975. KING JUNE is associating with LATIN KING members in Worcester, MA.

UPLOADED
WITH/TEXT ✓
WITHOUT TEXT ____
BY ____
DATE ____

Investigation on  07/01/2003   at  Tewksbury, MA

File # 137A-BS-89358, A-44  245D-BS-91441-LOWELL -55   Date dictated  07/10/2003

by  SFO THOMAS DALY and SA TODD I. RICHARDS/nma

196 NMA-04.302

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302 (Rev. 10-6-95)

8921

P

-1-

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription  08/27/2003

Individual, who is not in a position to testify, provided the following information:

A home invasion perpetrated against former LATIN KING member ~~REDACTED~~ was done by LATIN KING members "GREEN EYED RICKY" (RICARDO APONTE), ~~REDACTED~~ CARMELLO RODRIGUEZ. The purpose of the home invasion was the retrieval of ~~REDACTED~~ and weapons. A .357 magnum and 9mm pistol were taken in the robbery. ~~REDACTED~~ RODRIGUEZ is currently the number one officer in LATIN KING members in Lowell.

**REDACTED**

The individual is familiar with two LATIN KING members who use the alias of TANK. One of the individuals was involved in a shooting situation with LATIN KING member TEMPO. The other, who was involved in a stabbing in Lowell, has since passed away in Puerto Rico. The individual believes his last name was GUILLERMO. The current member lives near BROTHER'S PIZZA in the North Common section of Lowell.

UPLOADED
WITH/TEXT ✓
WITHOUT/TEXT _____
BY Qmb
DATE 9/12/03

Investigation on 08/18/2003 at Middleton, MA

File # 137B-BS-89358, A-45 245D-BS-91441-LOWELL -65    Date dictated 08/25/2003

by SFO THOMAS DALY and SA TODD I. RICHARDS/nma

239 NMA 02.302

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

D-302 (Rev. 10-6-95)

-1-

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription  10/15/2003

Individual, who is not in a position to testify, provided the following information:

**REDACTED**

There was a meeting of the Lowell LATIN KING membership in Lowell on Sunday, October 5, 2003.

CARMELLO RODRIGUEZ is the leader of the Lowell Chapter, JONATHAN DELEON is the third, and KING CRIMINAL is the second. RODRIGUEZ and DELEON are residing together and are distributing cocaine. RODRIGUEZ is utilizing telephone number 978-726-2542 and DELEON is utilizing telephone number 978-726-2586. KING CRIMINAL has warrants and is on the run. KING CRIMINAL was at the meeting of the LATIN KING membership on October 5, 2003 in Lowell, Massachusetts.

CARMELLO is distributing cocaine to KING B AND D (RICARDO ROSARIO). B AND D is residing with his longtime girlfriend, JOLLIE, at her home located at 436 Hampshire Street, Lawrence, MA.

KING ONIX is also distributing cocaine.



At the membership meeting on Sunday, KING B AND D asked KING CARMELLO for three and a half grams of cocaine. This cocaine was valued at approximately $100.

**REDACTED**

Investigation on  10/06/2003   at  Methuen, MA

File # 137A-BS-89358, 245D-BS-91441-LOWELL -71    Date dictated  10/10/2003

by  SFO THOMAS DALY and SA TODD I. RICHARDS/nma

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.



FD-302 (Rev. 10-6-95)

-1-

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription  10/28/2003

Individual, who is not in a position to testify, provided the following information:

**REDACTED**

LATIN KING member TANK is also distributing cocaine. TANK resides in Lowell, MA, in a small apartment building located in the back of a project area.

The Lowell Inca, CARMELLO RODRIGUEZ, is selling cocaine with ~~REDACTED~~ residing together; however, JONATHAN has recently obtained an apartment near Pawtucket Boulevard in Lowell, MA.

KING JUSTICE is residing in Easton, MA.

**REDACTED**

WITH/TEXT ✓
WITHOUT/TEXT ___
BY _____
DATE 11/12/03

| | |
|---|---|
| Investigation on 10/24/2003 | at Methuen, MA  (telephonically) |
| File # 137A-BS-89358, 245D-BS-91441-LOWELL -70 | Date dictated 10/24/2003 |
| by SA TODD I. RICHARDS/nma | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)

137B-BS-79358/245D-BS-91441-LOWELL

Continuation of FD-302 of _____, On 11/06/03, Page 2

      Corvina was providing Onix with huge quantities of heroin, marijuana and cocaine the she was transporting by car from out of state. Corvina always used rental vehicles.

      Carmello Rodriguez is in possession of a 9mm pistol which he keeps at his mother's house on Merrimack Street in Lowell, Ma. near the North Common. The pistol has A80 stamped on the side and holds fifteen rounds and one in the chamber. It is silver where the shells are ejected. Rodriguez is residing at his mother's house. If he is not there he is at his cousin's house on Stackpole Street. King Bear (Gicliff Rodriguez), has a child with this cousin. King Bear is the MOD for the State of Massachusetts. Rodriguez recently bought a 1993 Lincoln Continental color cream.

      Jonathan Deleon is in possession of a .380 pistol.

      Playero has numerous weapons including an UZI with no magazine, a 9mm, a .22 caliber and a 30/30 rifle. Playero used to reside at 26 Hillside Drive in Lowell, Ma. with an Aunt. Playero is extremely intelligent and is considered a money maker.

FD-302 (Rev. 10-6-95)

- 1 -

# FEDERAL BUREAU OF INVESTIGATION

Date of transcription  11/07/2003

Individual, who is not in a position to testify, provided the following information:

**REDACTED**

King Johnathan, Tank and Playero are also dealing cocaine. ████████ does not speak English. Jonathan and Carmello Rodriguez are buying ten ██████ a week and distributing it where they are able.

**REDACTED**

████████████████████████ ██████ Officer, King

The meetings in Lowell are held every other Sunday.

The Individual advised that the Lowell membership hierarchy is as follows:

1. ████████████████████
2. King Criminal (he has ████ arrested by Lowell P.D. in the past)
3. King Jonathan (Deleon)
4. King ████ (Moody Street projects)
5. ████████████████████

**REDACTED**

hill near a ██████

---

Investigation on   11/06/03   at   Lowell, Ma.

File #  137B-BS-89358 A-70 / 245D-BS-91441-LOWELL-73   Date dictated _____

by  SA Todd I. Richards

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.