FD-302 (Rev. 10-6-95)

- 1 -

# FEDERAL BUREAU OF INVESTIGATION

Date of transcription    11/12/2003

Individual, who is not in a position to testify, provided the following information:

1. King Onix, 978-866-0933.

2. Palyero, 978-590-2587.

3. Carmello Rodriguez, 978-726-2542

4. King Smoky, 978-937-3082, address 1016 Middlesex Street, Apt #12, Lowell, Ma. Smoky is dealing drugs from his house and the Rainbow Club.

5. King Jonathan Deleon, 978-804-6443.

WITH/WITHOUT
BY _____
DATE 11/25/03

Investigation on   11/08/03   at   Lawrence, Ma.   (telephonically)

File # 137A-BS-89358/245D-BS-91441-LOWELL   Date dictated _____

by SA Todd I. Richards

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302 (Rev. 10-6-95)

8921
P

- 1 -

# FEDERAL BUREAU OF INVESTIGATION

Date of transcription    11/18/2003

Individual, who is not in a possession to testify, provided the following information:

A white Mazda 626 parked behind 1016 Middlesex Street, Lowell, Ma. contains a Christmas tree box which contains two weapons, an Uzi with no magazine and a 30/06 rifle. The vehicle was given to King Smoky (Luis Cintron) in trade for drugs which he is distributing from his apartment at 1016 Middlesex Street.

The weapons were being held by King Smoky. The Uzi is reportedly owned by Playero another Latin King member. The weapons were put in the vehicle by King Joshua, Cintron's brother. King Joshua reportedly wiped the weapons down of fingerprints prior to putting them in the vehicle.

**UPLOADED**
WITH/TEXT ____✓____
WITHOUT/TEXT _____
BY ___Qmb___
DATE __12/9/03__

Investigation on __11/17/03__ at __Lowell, Ma.__    (telephonically)
A-54
File # __137B-BS-89358/245D-BS-91441-LOWELL-77__   Date dictated _____

by __SA Todd I. Richards__

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

322TIR02.J02

FD-302 (Rev. 10-6-95)

S921
P

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription  12/10/2003

Individual, who is not in a position to testify, provided the following information:

▓▓▓▓▓melo Rodriguez has left the Lowell, Massachusetts area on 12/8/03 with ▓▓▓▓▓▓▓▓ to purchase at least a kilo of cocaine. The coke is being purcha▓▓▓▓▓▓▓▓ from or with the assistance of his uncle. Rodriguez will be back ▓▓▓▓▓▓▓▓▓▓tely a week. Gicliff Rodriguez, aka Bear loaned Carmello $7▓▓▓▓▓▓▓▓ purchase.

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓6-7 ounces of cocaine on a weekly basis. He is purchasing the drugs ▓▓▓▓ Americo (lnu) who is from Lawrence and has done time in Billerica and ▓▓▓▓▓dge, Ma. He has also purchased drugs from Nooney (lnu).

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ has just obtained a fully automatic Mac-11 which he traded for his ▓▓▓▓▓▓▓▓▓▓▓ and $600.00. Rodriguez wants to purchase an AK-47 rifle for $400▓▓▓▓▓▓▓▓▓an Cambodian male to be used against other gangs in the city if tensi▓▓▓▓▓▓ate during the summer.

UPLOADED
WITH ▓▓▓ ✓
WITH▓▓▓▓▓▓
BY Am
DATE 1/6/04

CIMS

Investigation on  12/9/03      at  Lowell, Ma.                    (telephonically)

A-57

File #  137A-BS-89358/245D-BS-91441-LOWELL -79    Date dictated

by  SA Todd I. Richards

394T-IR:50.30?

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

N/

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription  11/18/2003

Individual, who is not in a possession to testify, provided the following information:

A white Mazda 626 parked behind 1016 Middlesex Street, Lowell, Ma. contains a Christmas tree box which contains two weapons, an Uzi with no magazine and a 30/06 rifle. The vehicle was given to King Smoky (Luis Cintron) in trade for drugs which he is distributing from his apartment at 1016 Middlesex Street.

The weapons were being held by King Smoky. The Uzi is reportedly owned by Playero another Latin King member. The weapons were put in the vehicle by King Joshua, Cintron's brother. King Joshua reportedly wiped the weapons down of fingerprints prior to putting them in the vehicle.

[redacted: King Carmelo (Carmelo Rodriguez) has knowledge of the box.]

UPLOADED
WITH/TEXT ____✓____
WITHOUT/TEXT _____
BY __Qmb___
DATE  12/9/03

Investigation on  11/17/03  at  Lowell, Ma.  (telephonically)

File #  137B-BS-89358/245D-BS-91441-LOWELL-77   Date dictated _____

by / SA Todd I. Richards

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

60

FD-302 (Rev. 10-6-95)

S42 1

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription  12/08/2003

Individual, who is not in a position to testify, provided the following information:

A white Mazda 626, which was parked behind 1016 Middlesex Street, Lowell, Massachusetts, and towed by the Lowell Police Department, was the property of MARIO (Last Name Unknown). MARIO is a drug dealer who resides at 1016 Middlesex Street. The vehicle was given to KING SMOKEY for drug proceeds. The vehicle needed an axle.

A 30/06 rifle, which was located within the Mazda 626 was given to KING SMOKEY for two "twenties" of cocaine.

KING MERLIN (MICHAEL CECCHETELLI) was supposed to get a magazine for the Uzi, which was also located within the vehicle.

UPLOADED
WITH TEXT ✓
WITHOUT TEXT
BY (signature)
DATE 12/29/03

CIMS

Investigation on  11/18/2003  at  Lowell, MA  (telephonically)
File # 137A-BS-89358, 245D-BS-91441-LOWELL -78    Date dictated  12/01/2003
 A-55
by SA TODD I. RICHARDS/nma
342 NMA 10.302
61

FD-209 (Rev. 11-12-93)

# Memorandum



| | | |
|---|---|---|
| To | : SAC, BOSTON (137B-BS-89358) (C) | Date 12/08/2003 |
| From | : SA Todd I. Richards<br>Lowell RA | |
| Subject | : BS 8921-C | |

**Dates of Contact**
11/24/2003

**File #s on which contacted (Use Titles if File #s not available)**
245D-BS-91441-LOWELL

**Purpose and results of contact**

☒ NEGATIVE
☐ POSITIVE
☐ STATISTIC

**Description of**
**Statistical Accomplishment**        **Title of Case**        **File No.**

Information contained herein was obtained confidentially. The informant's name is not to be disclosed in any form unless a conscious decision has been made to disclose his/her identity by an appropriate FBI official.

**PERSONAL DATA**

1- 137B-BS-89358-A -56
1-
1-                                62
Init. TIR/nma

***see reverse side for statistics***

FD-302 (Rev. 10-6-95)

S921
P

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription   12/10/2003

    Individual, who is not in a position to testify, provided the following information:

    Carmelo Rodriguez has left the Lowell, Massachusetts area on 12/8/03 with $25,000 to purchase at least a kilo of cocaine. The coke is being purchased either from or with the assistance of his uncle. Rodriguez will be back in approximately a week. Gicliff Rodriguez, aka Bear loaned Carmello $700 for the purchase.

    Rodriguez is dealing 5-7 ounces of cocaine on a weekly basis. He is purchasing the drugs from Americo (lnu) who is from Lawrence and has done time in Billerica and Cambridge, Ma. He has also purchased drugs from Nooney (lnu).

    Rodriguez has just obtained a fully automatic Mac-11 which he traded for his 9mm handgun and $600.00. Rodriguez wants to purchase an AK-47 rifle for $400.00 from a Cambodian male to be used against other gangs in the city if tensions escalate during the summer.

UPLOADED
WITH ____ ✓
WITHOUT ____
BY _Omf_
DATE 1/6/04

CIMS

Investigation on   12/9/03   at   Lowell, Ma.   (telephonically)

File # 137A-BS-89358/245D-BS-91441-LOWELL -79   A-57   Date dictated ____

by SA Todd I. Richards

344TIR50.302   65

(759) This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.