UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :
vs.                               :  Crim. No. 04-10048-NG
                                  :
CARMELO RODRIGUEZ,                :
                                  :
       Defendant.                 :
---------------------------------------------------------x

### DEFENDANT CARMELO RODRIGUEZ'S EX PARTE MOTION TO RECONSIDER HIS MOTION FOR ADDITIONAL FUNDS FOR EXPERT SERVICES

Defendant Carmelo Rodriguez, through counsel, respectfully submits this motion to reconsider. On October 26, 2004, this Court denied Mr. Rodriguez's request, under the Criminal Justice Act, Chapter I, 3006A §§ (1)&(2) for the allowance of an additional two-thousand dollars ($2,000) in funds for expert services related to the appearance, at two separate days of sentencing, of Dr. Paul Spiers of Neuropsychology Associates, P.C., 14 Strawberry Hill Lane, Danvers, MA 01923-1133.

Before the most recent motions, this Court had approved the retention of Dr. Spiers by Mr. Rodriguez and fees in the amount of thirty-six hundred dollars ($3,600). In a prior motion, Mr. Rodriguez outlined the potential need for additional fees related to the appearance of Dr. Spiers at the sentencing and related preparation. Dr. Spiers appeared on October 21, 2004, and on October 26, 2004, to testify at the sentencing. The availability of his testimony was necessary to support contested downward departure motions. The ultimate agreement reached by the parties obviated the need to call Dr. Spiers as a witness, but did not eliminate the fees for his travel and time spent in Court

over the two days of sentencing hearings. In total, Dr. Spiers has charged fees for his services in the amount of fifty-six hundred dollars ($5,600).

In sum, Defendant Rodriguez respectfully requests that this Court increase the total amount of approved fees for Dr. Spiers to fifty-six hundred dollars ($5,600). In support of this request, Rodriguez relies on his prior motions and amended motion, as well as the prior affirmation by his counsel in support of the request for such fees.

Dated: Boston, MA
      October 26, 2004

Respectfully submitted,

By: _____
   Barry S. Pollack (BBO # 640625)
DONNELLY, CONROY & GELHAAR, LLC
One Beacon Street 33rd Floor
Boston, MA 02108
(617) 720-2880
Attorneys for Defendant Carmelo Rodriguez