## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| | ) | |
| UNITED STATES | ) | |
| | ) | |
| v. | ) | Criminal No. 04-10048-NG |
| | ) | |
| CARMELO RODRIGUEZ, | ) | |
| | ) | |

## PROPOSED ORDER RECOMMENDING DESIGNATION
## TO INTENSIVE CONFINEMENT PROGRAM

This matter having been brought before the Court on the unopposed motion of

Defendant Carmelo Rodriguez for an Order recommending designation to an intensive

confinement program, and this matter having been addressed in open Court by counsel

for the parties, and the government having agreed not to oppose the requested

recommendation,

It is a finding of this Court that an intensive confinement program will offer Mr.

Rodriguez a regimen of discipline and structure that he has not previously experienced

and which will both further his efforts at rehabilitation and assist his efforts to engage in

productive employment upon his release from confinement.

It is a further finding of this Court that Rodriguez's limited adult criminal history

should not preclude his acceptance into an intensive confinement program. With the

agreement of the government, this Court downwardly departed in the classification of Mr.

Rodriguez's criminal history category, recognizing that it substantially overstated the

likelihood of recidivism. Specifically, one of his convictions arose from a potentially

defective plea of no contest in New Hampshire state court to criminal charges that had

already been dismissed by that court, in exchange for time served. As reflected in the

Amended Pre-Sentence Report (the "PSR"), two other convictions arose from conduct and/or pleas of guilty by an individual who used Rodriguez's identity while Rodriguez was detained in New Hampshire pending the resolution of the ultimately dismissed matter.

It is a further finding of this Court, based on the content of the PSR, that Mr. Rodriguez does not suffer from any physical condition that would preclude his ability to participate in the intensive confinement program.

Based on these findings, and for other good cause shown,

IT IS HEREBY ORDERED that Mr. Rodriguez's motion for a recommendation for placement into an intensive confinement program is granted, and

IT IS HEREBY RECOMMENDED that the Bureau of Prisons place Mr. Rodriguez into an intensive confinement program when approximately 24 months remain in the undischarged portion of his sentence of imprisonment or otherwise consistent with Bureau of Prison policies.

So ordered:

_____
Honorable Nancy Gertner
United States District Judge


cc:     All counsel of record
        United States Marshal