UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | Criminal No. 04-10048-NG |
| ) | |
| CARMELO RODRIGUEZ, ) | |

## ~~PROPOSED~~ ORDER RECOMMENDING DESIGNATION TO INTENSIVE CONFINEMENT PROGRAM

This matter having been brought before the Court on the unopposed motion of Defendant Carmelo Rodriguez for an Order recommending designation to an intensive confinement program, and this matter having been addressed in open Court by counsel for the parties, and the government having agreed not to oppose the requested recommendation,

It is a finding of this Court that an intensive confinement program will offer Mr. Rodriguez a regimen of discipline and structure that he has not previously experienced and which will both further his efforts at rehabilitation and assist his efforts to engage in productive employment upon his release from confinement.

It is a further finding of this Court that Rodriguez's limited adult criminal history should not preclude his acceptance into an intensive confinement program. With the agreement of the government, this Court downwardly departed in the classification of Mr. Rodriguez's criminal history category, recognizing that it substantially overstated the likelihood of recidivism. Specifically, one of his convictions arose from a potentially defective plea of no contest in New Hampshire state court to criminal charges that had already been dismissed by that court, in exchange for time served. As reflected in the

Amended Pre-Sentence Report (the "PSR"), two other convictions arose from conduct and/or pleas of guilty by an individual who used Rodriguez's identity while Rodriguez was detained in New Hampshire pending the resolution of the ultimately dismissed matter.

It is a further finding of this Court, based on the content of the PSR, that Mr. Rodriguez does not suffer from any physical condition that would preclude his ability to participate in the intensive confinement program.

Based on these findings, and for other good cause shown,

IT IS HEREBY ORDERED that Mr. Rodriguez's motion for a recommendation for placement into an intensive confinement program is granted, and

IT IS HEREBY RECOMMENDED that the Bureau of Prisons place Mr. Rodriguez into an intensive confinement program when approximately 24 months remain in the undischarged portion of his sentence of imprisonment or otherwise consistent with Bureau of Prison policies.

So ordered:

/s/ Nancy Gertner

Honorable Nancy Gertner
United States District Judge
10/29/04

cc:   All counsel of record
      United States Marshal